| | |
|---|---|
| 1 | AMIR M. NASSIHI  (SBN: 235936) |
| 2 | anassihi@shb.com <br> SHOOK, HARDY & BACON L.L.P. |
| 3 | One Montgomery, Suite 2700 <br> San Francisco, California  94104-4505 |
| 4 | Telephone:  415.544.1900 <br> Facsimile:   415.391.0281 |
| 5 | Attorneys for Defendant FORD MOTOR COMPANY |
| 6 | LEE ALBERT  (*pro hac vice* application pending) |
| 7 | lalbert@murrayfrank.com <br> BENJAMIN D. BIANCO   (*pro hac vice* application pending) |
| 8 | bbianco@murrayfrank.com <br> KATHERINE E. SMITH  (*pro hac vice* application pending) |
| 9 | ksmith@murrayfrank.com <br> MURRAY, FRANK & SAILER LLP |
| 10 | 275 Madison Avenue, Suite 801 <br> New York, New York 10016 |
| 11 | Telephone: 212.628.1818 <br> Facsimile:   212.682.1892 |
| 12 | G. SCOTT EMBLIDGE (SBN: 121613) |
| 13 | emblidge@mesllp.com <br> SYLVIA SOKOL (SBN: 200126) |
| 14 | sokol@mesllp.com <br> MOSCONE, EMBLIDGE & SATER LLP |
| 15 | 220 Montgomery Street, Suite 2100 <br> San Francisco, CA 94104 |
| 16 | Telephone:  415.362.3599 <br> Facsimile:   415.362.2006 |
| 17 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 21 | SALLY J. NETTLETON, THERESA THRUN, ) <br> CAROL WILSON, DENNIS DOUGHERTY, ) | Case No. CV 11 2953 SC |
| 22 | HEATHER S. HARDEE, SPENCER WARE,  ) <br> GARY L. BUCK and THOMAS M.                   ) | **STIPULATED EXTENSION OF TIME TO PLEAD OR OTHERWISE RESPOND** |
| 23 | BUCKHEIT, individually, and on behalf of all ) <br> others similarly situated,                         ) | |
| 24 |                                                                  ) <br>                Plaintiffs,                          ) | **[~~PROPOSED~~] ORDER** <br> **(lodged under separate cover)** |
| 25 |                                                                  ) | |
| 26 |         vs.                                                  ) <br>                                                                  ) | |
| 27 | FORD MOTOR COMPANY, and DOES 1       ) <br> through 100, inclusive,                                 ) | |
| 28 |                                                                  ) <br>                Defendants.                          ) <br>                                                                  ) | |

IT IS HEREBY STIPULATED by and between the parties, pursuant to L.R. 6-1(a), that defendant Ford Motor Company's time to answer or otherwise respond to the complaint in the above-captioned matter shall be extended until August 18, 2011.

DATED: July 13, 2011                    SHOOK, HARDY & BACON, L.L.P.

                                         By: /s/ Amir Nassihi
                                              AMIR NASSIHI

                                         Attorneys for Defendant
                                         FORD MOTOR COMPANY

DATED: July 13, 2011                    MOSCONE, EMBLIDGE & SATER LLP

                                         By: /s/ G. Scott Emblidge
                                              G. SCOTT EMBLIDGE

                                         Attorneys for Plaintiffs

### SIGNATURE ATTESTATION

I, Amir Nassihi, am the ECF User whose ID and password are being used to file this STIPULATED EXTENSION OF TIME TO PLEAD OF ORTHERWISE RESPOND.  In compliance with General Order 45, X.B., I hereby attest that G. Scott Emblidge has concurred in this filing.

DATED: July 13, 2011                    SHOOK, HARDY & BACON, L.L.P.

                                         By: /s/ Amir Nassihi
                                              AMIR NASSIHI

                                         Attorneys for Defendant
                                         FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SALLY J. NETTLETON, THERESA THRUN, CAROL WILSON, DENNIS DOUGHERTY, HEATHER S. HARDEE, SPENCER WARE, GARY L. BUCK and THOMAS M. BUCKHEIT, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>FORD MOTOR COMPANY, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. CV 11 2953 SC<br><br>[~~PROPOSED~~] ORDER ON STIPULATED EXTENSION OF TIME TO PLEAD OR OTHERWISE RESPOND |

### [~~PROPOSED~~] ORDER ON STIPULATED EXTENSION OF TIME TO PLEAD OR OTHERWISE RESPOND

IT IS HEREBY ORDERED, pursuant to stipulation of the parties, that defendant Ford Motor Company's time to answer or otherwise respond to the complaint in the above-captioned matter is extended until August 18, 2011.

DATED: __7/14__, 2011

_____
The Honorable Samuel Conti
United States District Court Judge

IT IS SO ORDERED
Judge Samuel Conti