| | |
|---|---|
| 1 | LEE ALBERT (*pro hac vice*) |
| 2 | BENJAMIN D. BIANCO (*pro hac vice*)<br>KATHERINE E. SMITH (*pro hac vice*) |
| 3 | **MURRAY FRANK LLP**<br>275 Madison Avenue, Suite 801 |
| 4 | New York, New York 10016<br>Telephone:    (212) 682-1818 |
| 5 | Facsimile:    (212) 682-1892<br>lalbert@murrayfrank.com |
| 6 | bbianco@murrayfrank.com<br>ksmith@murrayfrank.com |
| 7 | [*See Attached for Additional Counsel*] |
| 8 | *Counsel for Plaintiffs* |
| 9 | Keith Glenn Bremer<br>Alison Kathleen Hurley |
| 10 | **BREMER WHYTE BROWN<br>& O'MEARA LLP** |
| 11 | 2116 Allston Way<br>Suite One |
| 12 | Berkeley, California 94704<br>Telephone: 510-540-4881 |
| 13 | Facsimile: 510-540-4889<br>kbremer@bremerandwhyte.com |
| 14 | ahurley@bremerandwhyte.com<br>[*See Attached for Additional Counsel*] |
| 15 | *Counsel for Plaintiff Gettman* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SALLY J. NETTLETON, THERESA THRUN, CAROL WILSON, DENNIS DOUGHERTY, HEATHER S. HARDEE, SPENCER WARE, GARY L. BUCK and THOMAS M. BUCKHEIT, individually, and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    vs.<br><br>FORD MOTOR COMPANY, and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No. C11-02953 SC<br><br>*Related Case No. C11-03133*<br><br>**STIPULATION; [PROPOSED] ORDER** |

## STIPULATION

Plaintiffs in this action, and plaintiff in the related *Jo Ann Gettman v. Ford Motor Company*, CV11-3133 NJV (the "Gettman" action) respectfully submit this Stipulation concerning the appointment of interim class counsel, pursuant to Fed. R. Civ. P. § 23(g).

**WHEREAS,** on June 15, 2011, Plaintiffs Sally Nettleton, Theresa Thrun, Carol Wilson, Dennis Dougherty, Heather Hardee, Spencer Ware, Gary Buck, and Thomas Buckheit (the "Nettleton Plaintiffs"), filed a class action lawsuit in this Court against Ford Motor Company alleging, *inter alia*, violations of numerous state consumer protection laws in connection with Ford's sale of 2002 through model 2005 Ford Explorer or Mercury Mountaineers, and model 2003 through 2005 Lincoln Aviators.

**WHEREAS,** on June 23, 2011, Plaintiff Jo Ann Gettman filed a class action suit in this Court against Ford Motor Company alleging similar substantive claims to those pled in the *Nettleton* Action on behalf of similarly situated residents of the State of California. Plaintiff Gettman identified the *Nettleton* case as an apparently related action in connection with the filing of the Complaint in the *Gettman* case.

**WHEREAS**, on June 28, 2011, upon discovery of the *Gettman* action, the Nettleton Plaintiffs filed an Administrative Motion to relate the *Gettman* case with the instant matter (Docket No. 7), which was subsequently related to the instant action by Order of this Court, dated July 19, 2011 (Docket No. 16).

**WHEREAS**, counsel in both the instant action and the *Gettman* action believe that the appointment of interim class counsel, pursuant to Fed. R. Civ. P. § 23(g), is necessary and appropriate to facilitate the efficient administration of this action and protect the interests of the putative classes.

**WHEREAS**, counsel for the Nettleton Plaintiffs and counsel for Plaintiff Gettman have been unable to agree to the appointment of interim class counsel.

**IT IS HEREBY STIPULATED AND AGREED**, that counsel for the Nettleton Plaintiffs and counsel for Plaintiff Gettman shall file competing motions for interim class counsel appointment, in the respective actions, on or before August 3, 2011; with responsive

1   briefing (not to exceed five pages) filed on or before August 10, 2011; and reply briefing (not to
2   exceed three pages) filed on or before August 15, 2011.
3   **IT IS HEREBY STIPULATED:**

4   Dated:  July 28, 2011                              **MURRAY FRANK LLP**

6                                                     By:  /s/ _____
                                                              Lee Albert
7                                                         *Counsel for Nettleton Plaintiffs*

8   Dated:  July 28, 2011                              **BREMER WHYTE BROWN & O'MEARA LLP**

10                                                    By:  /s/ _____
                                                              Keith Glenn Bremer
11                                                        *Counsel for Plaintiff  Jo Ann Gettman*

1  **[PROPOSED] ORDER**

2      **IT IS HEREBY ORDERED**, pursuant to the parties' stipulation, that counsel for the

3  Nettleton Plaintiffs and counsel for Plaintiff Gettman shall file competing motions for interim

4  class counsel appointment, in the respective actions, on or before August 3, 2011; with

5  responsive briefing (not to exceed five pages) filed on or before August 10, 2011; and reply

6  briefing (not to exceed three pages) filed on or before August 15, 2011.

7

8  DATED: __July 29_____, 2011

9                                                             The Honorable Samuel C.
United States District Judge



4

# LIST OF COUNSEL

**COUNSEL FOR NETTLETON PLAINTIFFS**

LEE ALBERT (*pro hac vice*)
BENJAMIN D. BIANCO (*pro hac vice*)
KATHERINE E. SMITH (*pro hac vice*)
**MURRAY FRANK LLP**
275 Madison Avenue, Suite 801
New York, New York 10016
Telephone:    (212) 682-1818
Facsimile:    (212) 682-1892
lalbert@murrayfrank.com
bbianco@murrayfrank.com
ksmith@murrayfrank.com

G. SCOTT EMBLIDGE, State Bar No. 121613
SYLVIA SOKOL, State Bar No. 200126
**MOSCONE EMBLIDGE & SATER LLP**
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone:    (415) 362-3599
Facsimile:    (415) 362-2006
emblidge@mesllp.com
sokol@mesllp.com

**COUNSEL FOR PLAINTIFF JO ANN GETTMAN**

Keith Glenn Bremer
Alison Kathleen Hurley
**BREMER WHYTE BROWN
& O'MEARA LLP**
2116 Allston Way
Suite One
Berkeley, California 94704
Tel: 510-540-4881
Fax: 510-540-4889
kbremer@bremerandwhyte.com
ahurley@bremerandwhyte.com

Adam J. Levitt
**WOLF HALDENSTEIN ADLER
 FREEMAN HERZ LLC**
55 West Monroe Street, Suite 1111
Chicago, IL 60603
Tel: 312-984-0000
Fax: 312-984-0001
levitt@whafh.com

Thomas C. Jones
**DAVIS, BETHUNE & JONES**
1100 Main Street, Suite 2930
Kansas City, MO 64196
Tel: 816-421-1600
Fax: 816-472-5972
tjones@dbjlaw.net

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the USDC, Northern District CM/ECF system on July 28, 2011.

Participants in the case who are registered CM/ECF users will be served by the USDC, Northern District CM/ECF system.

**STIPULATION; [PROPOSED] ORDER**

I further certify that some of the participants in the case are not registered CM/ECF users.

I caused true and correct copies of the above documents to be sent to the following non-CM/ECF participants via e-mail to the e-mail addressee(s) named below. I did not receive, within a reasonable amount of time after the transmission, any electronic message other indication that the transmission was unsuccessful.

Thomas C. Jones
**DAVIS, BETHUNE & JONES**
1100 Main Street, Suite 2930
Kansas City, MO 64196
Tel: 816-421-1600
Fax: 816-472-5972
tjones@dbjlaw.net

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed July 28, 2011, at San Francisco, California.

/s/ Mardoux Torrise
Mardoux Torrise

6
STIPULATION; [PROPOSED] ORDER            Case No. C11-02953 SC