1  AMIR M. NASSIHI  (SBN:  235936)
   anassihi@shb.com
2  SHOOK, HARDY & BACON L.L.P.
   One Montgomery, Suite 2700
3  San Francisco, California  94104
   Telephone:  415-544-1900
4
   **Attorneys for Defendant FORD MOTOR COMPANY**
5

6  KEITH G. BREMER (SBN:  155920)
   kbremer@bremerandwhyte.com
   ALISON K. HURLEY (SBN:  234042)
7  ahurley@bremerandwhyte.com
   BREMER WHYTE BROWN & O'MEARA LLP
8  20320 S.W. Birch Street, Second Floor
   Newport Beach, California  92660
9  Telephone:  949-221-1000

10 ADAM J. LEVITT
   levitt@whafh.com
11 WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
   55 West Monroe Street, Suite 1111
12 Chicago, Illinois  60603
   Telephone:  312-984-0000
13
   THOMAS C. JONES
14 tjones@dbjlaw.net
   DAVIS BETHUNE & JONES LLC
15 1100 Main Street, Suite 2930
   Kansas City, Missouri  64105
16 Telephone:  816-421-1600

17 **Attorneys for Plaintiff JO ANN GETTMAN[1]**

18 LEE ALBERT  (*pro hac vice*)
   lalbert@murrayfrank.com
19 BENJAMIN D. BIANCO  (*pro hac vice*)
   bbianco@murrayfrank.com
20 KATHERINE E. SMITH  (*pro hac vice*)
   ksmith@murrayfrank.com
21 MURRAYFRANK LLP
   275 Madison Avenue, Suite 801
22 New York, New York 10016
   Telephone: 212-628-1818
23 Facsimile:   212-682-1892

24 G. SCOTT EMBLIDGE (SBN: 121613)
   emblidge@mesllp.com
25 SYLVIA SOKOL (SBN: 200126)

---

[1] Ms. Gettman's counsel are also counsel of record for plaintiffs Vincent Perrone, Charles Johnson, Zane Dery, Richard Douglas, Melia Douglas, Thomas Bell, and Michael Antramgarza in *Perrone v. Ford Motor Company*, No. C11-03832 HRL (N.D. Cal.) (filed August 3, 2011).

STIPULATED EXTENSION OF TIME TO PLEAD
OR OTHERWISE RESPOND AND TO VACATE CASE MANAGEMENTORDER
CV 11 3133 NJV
CV 11 2953 SC

214542 V3

sokol@mesllp.com
MOSCONE, EMBLIDGE & SATER LLP
220 Montgomery Street, Suite 2100
San Francisco, California  94104
Telephone: 415-362-3599
Facsimile:   415-362-2006

**Attorneys for Plaintiffs SALLY J. NETTLETON, THERESA THRUN, CAROL WILSON, DENNIS DOUGHERTY, HEATHER S. HARDEE, SPENCER WARE, GARY L. BUCK and THOMAS M. BUCKHEIT, individually, and on behalf of all others similarly situated**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SALLY J. NETTLETON, THERESA THRUN, CAROL WILSON, DENNIS DOUGHERTY, HEATHER S. HARDEE, SPENCER WARE, GARY L. BUCK and THOMAS M. BUCKHEIT, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C11-02953 SC<br><br>*Related Case No. CV 11-03133 SC*<br><br>**STIPULATED EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND VACATE CASE MANAGEMENT/SCHEDULING ORDER**<br><br>**[PROPOSED] ORDER**<br>**(lodged under separate cover)** |
| JO ANN GETTMAN, on behalf of herself and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C11-03133 SC<br><br>*Related Case No. CV 11-02953 SC* |

214542 V3

WHEREAS on July 29, 2011, this Court Ordered a briefing schedule based on the *Gettman* and *Nettleton* Plaintiffs' Stipulation regarding the filing of competing Motions for Interim Class Counsel appointment, this Court ordered that the Motions are due on or before August 3, 2011, with responsive briefing filed on or before August 10, 2011 and reply briefing filed on or before August 15, 2011.

WHEREAS pursuant to one prior stipulated extension of time, Defendant Ford Motor Company's response to the Complaints in both the *Gettman* and *Nettleton* actions are currently due on August 18, 2011.  However, Counsel for the *Gettman* and *Nettleton* Plaintiffs both anticipate that a Consolidated Complaint for these related matters will be filed once the Court selects Interim Class Counsel and sets a deadline by which that pleading is to be filed.  For that reason, and subject to this Court's approval, the Parties have stipulated to extend the time for Ford Motor Company to respond to the related *Gettman* and *Nettleton* actions to within 21 days after a Consolidated Complaint is filed.[2]

For these reasons, Parties also respectfully request that the current Scheduling Orders for the *Gettman* and *Nettleton* actions be vacated and re-issued once Interim Class Counsel is appointed and any Consolidated Complaint is filed.

THEREFORE, IT IS HEREBY STIPULATED by and between the parties of the above referenced related matters, pursuant to L.R. 6-1(a), that defendant FORD MOTOR COMPANY's time to answer or otherwise respond to the Complaint will be extended to 21 days after a Consolidated Complaint is filed, or 21 days after FORD MOTOR COMPANY receives notice that no such Complaint will be filed.

~~In addition, Parties STIPULATE and REQUEST that the current Case Management Schedule be vacated and reset pending outcome of Plaintiffs' Motion for Appointment of Interim Lead Counsel and filing of any Consolidated Complaint~~.

---

[2] In the event that no Consolidated Complaint is filed, then Ford Motor Company would respond to the existing *Gettman* and *Nettleton* Complaints within 21 days of receiving written notice of that fact.

OR OTHERWISE RESPOND
CV 11- 03133 SC
214542 V3   CV 11- 02953 SC

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  August 9, 2011 | SHOOK, HARDY & BACON, L.L.P. |
| 3 | | By: */s/ Amir Nassihi* |
| 4 | | AMIR NASSIHI<br>Attorneys for Defendant |
| 5 | | FORD MOTOR COMPANY |
| 6 | | |
| 7 | DATED:  August 9, 2011 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC |
| 8 | | By: */s/Adam J. Levitt* |
| 9 | | ADAM J. LEVITT |
| | | and |
| 10 | | |
| 11 | | KEITH G. BREMER<br>ALISON K. HURLEY |
| 12 | | BREMER WHYTE BROWN & O'MEARA LLP |
| 13 | | THOMAS C. JONES |
| 14 | | DAVIS BETHUNE & JONES LLC |
| 15 | | Attorneys for Plaintiff JO ANN GETTMAN |
| 16 | | |
| 17 | DATED: August 9, 2011 | MURRAY FRANK LLP |

*IT IS SO ORDERED*
*[signature]*
Judge Samuel Conti
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

By: */s/ Lee Albert*
LEE ALBERT

Attorneys for Plaintiffs SALLY J. NETTLETON, THERESA THRUN, CAROL WILSON, DENNIS DOUGHERTY, HEATHER S. HARDEE, SPENCER WARE, GARY L. BUCK and THOMAS M. BUCKHEIT, individually, and on behalf of all others similarly situated

214542 V3

4   STIPULATED EXTENSION OF TIME TO PLEAD
OR OTHERWISE RESPOND
CV 11- 03133 SC
CV 11- 02953 SC