United States District Court
For the Northern District of California

| | |
|---|---|
| SALLY J. NETTLETON, THERESA THRUN, CAROL WILSON, DENNIS DOUGHERTY, HEATHER S. HARDEE, SPENCER WARE, GARY L. BUCK, and THOMAS M. BUCKHEIT, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>FORD MOTOR COMPANY and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 11-2953 SC<br>Case No. 11-3133 SC<br><br>ORDER DENYING MOTIONS TO CONSOLIDATE CASES AND APPOINT INTERIM CLASS <u>COUNSEL</u> |
| JO ANN GETTMAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

    Before the Court are two related product liability actions brought against Defendant Ford Motor Company ("Ford") in which Plaintiffs allege they purchased Ford vehicles containing a latent defect causing the tailgate to crack. Case Nos. 11-2953-SC ("the

2953 action"), 11-3133-SC ("the 3133 action"). In the 2953 action, eight plaintiffs seek to represent a national class of individuals who purchased certain Ford vehicles during the class period. Case No. 11-2953, ECF No. 1 ("2953 Compl."). Id. In the 3133 action, one plaintiff seeks to represent a California class of individuals who purchased certain Ford vehicles during the class period. Case No. 11-3133, ECF No. 1 ("3133 Compl.").

Plaintiffs' counsel in both actions have filed motions to consolidate the actions and to be appointed interim class counsel for the consolidated action. Case No. 11-2953, ECF Nos. 20 ("2953 Mot."), 24 ("2953 Opp'n"), 35 ("2953 Reply"); Case No. 10-3133, ECF Nos. 10 ("3133 Mot."), 16 ("3133 Opp'n"), 19 ("3133 Reply"). The Court has reviewed Plaintiffs' Motions and the papers filed in support of them. It concludes that there is a high likelihood that similar actions have been filed or will be filed against Ford in this district and outside this district which may necessitate further consolidation. As such, the Court DENIES these motions as premature.

The Court ORDERS the parties, including Defendant Ford, to file declarations within thirty (30) days of this Order providing the names and case numbers of any cases which may be related to these cases, regardless of whether they were filed within this District or outside this District.

IT IS SO ORDERED.

Dated: September 2, 2011

_____
UNITED STATES DISTRICT JUDGE

2