1
2
3
4            UNITED STATES DISTRICT COURT
5           NORTHERN DISTRICT OF CALIFORNIA
6               SAN FRANCISCO DIVISION
7

| | |
|---|---|
| SALLY J. NETTLETON, THERESA THRUN, CAROL WILSON, DENNIS DOUGHERTY, HEATHER S. HARDEE, SPENCER WARE, GARY L. BUCK and THOMAS M. BUCKHEIT, individually, and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>      vs.<br><br>FORD MOTOR COMPANY, and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No. C11-02953 RS<br><br>*Related Case No. CV 11-03133 RS*<br>*Related Case No. CV 11-03832 RS*<br><br><br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| JO ANN GETTMAN, on behalf of herself and all other similarly situated,<br><br>            Plaintiffs,<br><br>      vs.<br><br>FORD MOTOR COMPANY, and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No. C11-03133 RS<br><br>*Related Case No. CV 11-02953 RS*<br>*Related Case No. CV 11-03832 RS* |

ORDER GRANTING STIPULATION TO CONTINUE
CASE MANAGEMENT CONFERENCE
CV 11 3133 RS
CV 11 2953 RS

214542 V3

| | |
|---|---|
| VINCENT PERRONE, CHARLES JOHNSON, JAMES DENNING, ZANE DERY, RICHARD DOUGLAS, MELIA DOUGLAS, THOMAS BELL, AND MICHAEL ANTRAMZARZA, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, and DOES 1 through 100, inclusive, ,<br><br>Defendants. | Case No. CV 11 3832 RS<br><br>*Related Case No. CV 11-02953 RS*<br>*Related Case No. CV 11-03133 RS* |

**ORDER GRANTING**
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

IT IS HEREBY ORDERED, pursuant to stipulation of the parties, that the January 26, 2012 Case Management Conference be continued to February 23, 2012.

IT IS SO ORDERED.

DATED: 12/27, 2011

_____
The Honorable Richard Seeborg
United States District Court Judge