1  LEE ALBERT (*pro hac vice*)
2  BENJAMIN D. BIANCO (*pro hac vice*)
   MURRAY FRANK LLP
3  275 Madison Avenue, Suite 801
   New York, New York 10016
4  Telephone: 212-628-1818
   Facsimile: 212-682-1892
5  lalbert@murrayfrank.com
6  bbianco@murrayfrank.com

7  ADAM J. LEVITT
   WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
8  55 West Monroe Street, Suite 1111
9  Chicago, Illinois 60603
   Telephone: 312-984-0000
10 levitt@whafh.com

11 *Plaintiffs' Interim Co-Lead Counsel*

12 AMIR M. NASSIHI (SBN: 235936)
13 SHOOK, HARDY & BACON L.L.P.
   One Montgomery, Suite 2700
14 San Francisco, California 94104
   Telephone: 415-544-1900
15 anassihi@shb.com

16 JANET L. CONIGLIARO
17 LECLAIR RYAN
   Fairlane Plaza North
18 290 Town Center Drive, Fourth Floor
   Dearborn, Michigan 48126
19 Telephone: 313-583-5960
   Janet.Conigliaro@leclairryan.com
20

21 JOHN M. THOMAS (SBN: 266842)
   DYKEMA GOSSETT PLLC
22 2723 South State Street, Suite 400
   Ann Arbor, Michigan 48104
23 Telephone: 734-214-7660
   jthomas@dykema.com
24
   *Attorneys for Defendant FORD MOTOR*
25 *COMPANY*

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FORD TAILGATE LITIGATION | Case No. 11-CV-2953-RS<br><br>CLASS ACTION<br><br>[~~PROPOSED~~]<br>**PRE-TRIAL ORDER NO. 2**<br><br>Judge:  Hon. Richard Seeborg |

**WHEREAS,** on February 23, 2012, the Court held an initial case management conference;

**WHEREAS,** on February 24, 2012, the Court consolidated the two related actions (Case No. 11-CV-3133-RS and Case No. 11-CV-3832-RS) with the instant action; and

**WHEREAS**, all parties to the consolidated actions agree to the case management schedule set forth herein.

**NOW, THEREFORE, THE COURT ORDERS** as follows:

**I.   Consolidated Complaint**

a.   Plaintiffs shall file their consolidated complaint on or before **April 13, 2012**;

b.   Defendant Ford Motor Company ("Ford") shall answer or otherwise respond to the consolidated complaint on or before **May 14, 2012**;

c.   If Ford moves to dismiss the consolidated complaint, Plaintiffs shall file their opposition papers on or before **June 13, 2012**, and Ford shall file its reply memorandum, if any, on or before **June 29, 2012**.

d.   The hearing on any motion to dismiss shall be held on **July 26, 2012**.

**II.   Fact Discovery**

a.   Initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure shall be made on or before **April 27, 2012**.

b.   Fact discovery shall commence on **April 27, 2012**, and close on **November 27, 2012**, absent extension by the Court for good cause shown.

III. **Class Certification**

    a. Plaintiffs' motion for class certification shall be filed on or before **January 11, 2013**. Deadline to depose Plaintiffs' expert(s) offered in support of their class certification motion shall be **February 1, 2013**.

    b. Ford shall file its opposition to class certification on or before **February 26, 2013**. Deadline to depose defendant's expert(s) offered in support of opposition briefing shall be **March 19, 2013**.

    c. Plaintiffs shall file their reply in support of their class certification motion on or before **March 28, 2013**.

    d. The hearing on plaintiffs' motion for class certification shall be held on **April 18, 2013**.

SO ORDERED:

DATED: 3/5/12

HON. RICHARD SEEBORG
United States District Judge