G. SCOTT EMBLIDGE (SBN 121613)
SYLVIA SOKOL (SBN 200126)
**MOSCONE EMBLIDGE & SATER LLP**
220 Montgomery Street, Suite 2100
San Francisco, California 94104
Telephone: 415-362-3599
Facsimile: 415-362-2006
emblidge@mesllp.com
sokol@mesllp.com

*Liaison Counsel for the Class*

LEE ALBERT (*pro hac vice*)
BENJAMIN D. BIANCO (*pro hac vice*)
**MURRAY FRANK LLP**
275 Madison Avenue, Suite 801
New York, New York 10016
Telephone: 212-628-1818
Facsimile: 212-682-1892
lalbert@murrayfrank.com
bbianco@murrayfrank.com

ADAM J. LEVITT (*pro hac vice*)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
55 West Monroe Street, Suite 1111
Chicago, Illinois 60603
Telephone: 312-984-0000
levitt@whafh.com

*Interim Lead Counsel for the Class*

AMIR M. NASSIHI (SBN 235936)
**SHOOK, HARDY & BACON L.L.P.**
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone: 415-544-1900
anassihi@shb.com

JANET L. CONIGLIARO (*pro hac vice*)
**LECLAIR RYAN**
Fairlane Plaza North
290 Town Center Drive, Fourth Floor
Dearborn, Michigan 48126
Telephone: 313-583-5960
Janet.Conigliaro@leclairryan.com

JOHN M. THOMAS
**DYKEMA GOSSETT PLLC**
2723 South State Street, Suite 400
Ann Arbor, Michigan 48104
Telephone: 734-214-7660
jthomas@dykema.com

*Counsel for Defendant Ford Motor Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE FORD TAILGATE LITIGATION | Case No. 11-CV-2953-RS |
|---|---|
| | CLASS ACTION |
| | [~~PROPOSED~~] ORDER TO EXTEND TIME |
| | Judge: Hon. Richard Seeborg |

**WHEREAS,** the Court has reviewed the parties' Stipulation attached hereto;

**NOW, THEREFORE, THE COURT ORDERS** as follows:

1.   Plaintiffs shall file their consolidated complaint on or before April 20, 2012;

2.   Defendant Ford Motor Company ("Ford") shall answer or otherwise respond to the consolidated complaint on or before May 23, 2012;

3.   If Ford moves to dismiss the consolidated complaint, Plaintiffs shall file their opposition papers on or before June 20, 2012, and Ford shall file its reply memorandum, if any, on or before July 2, 2012.

4.   The hearing on any motion to dismiss shall be held on August 2, 2012.

**SO ORDERED:**

Dated: 4/17/12                             _____
                                           HON. RICHARD SEEBORG
                                           United States District Judge