1
2
3
4
5
6
7
8 UNITED STATES DISTRICT COURT
9 NORTHERN DISTRICT OF CALIFORNIA
10 SAN FRANCISCO DIVISION
11
12
13
14 IN RE FORD TAILGATE LITIGATION
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 11-CV-2953-RS

**[PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS' MOTION TO STRIKE FORD'S AFFIRMATIVE DEFENSES**

**[PROPOSED] ORDER TO EXTEND TIME**

**WHEREAS,** the Court has reviewed the Parties' Stipulation attached hereto;

**NOW, THEREFORE, THE COURT ORDERS as follows:**

1. Ford shall file its Opposition to Plaintiffs' Motion to Strike Ford Motor Company's Affirmative Defenses on or before July 11, 2012;
2. Plaintiffs shall file their reply memorandum, if any, on or before July 26, 2012;
3. The hearing on Plaintiffs' motion to strike shall be held on August 9, 2012 at 1:30 p.m..

SO ORDERED:

DATED: 6/19/12

HON. RICHARD SEEBORG
United States District Judge

---

1
[PROPOSED] ORDER RE MOTION TO STRIKE BRIEFING SCHEDULE AND HEARING DATE
11-CV-2953-RS

233040 V2