UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE FORD TAILGATE LITIGATION | Case No.  11-CV-2953-RS<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING WITHDRAWAL OF PLAINTIFFS' MOTION TO STRIKE FORD'S AFFIRMATIVE DEFENSES AND FORD'S FILING OF AMENDED ANSWER** |

**[PROPOSED] ORDER GRANTING STIPULATION REGARDING WITHDRAWAL OF PLAINITFFS' MOTION TO STRIKE FORD'S AFFIRMATIVE DEFENSES AND FORD'S FILING OF AMENDED ANSWER**

**WHEREAS,** the Court has reviewed the Parties' Stipulation attached hereto;

**NOW, THEREFORE, THE COURT ORDERS as follows:**

1.  Plaintiffs withdraw their pending Motion to Strike Ford Motor Company's Affirmative Defenses [CMF/ECF No. 77];

  2.  The August 9, 2012 hearing on Plaintiffs' pending Motion to Strike Ford Motor Company's Affirmative Defenses is vacated;

  3.  Ford Motor Company shall file an Amended Answer on or before July 20, 2012.

SO ORDERED:

DATED: __7/2/12_____      _____
                HON. RICHARD SEEBORG
                United States District Judge