1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE FORD TAILGATE LITIGATION | Case No. 11-CV-2953-RS<br><br>[~~PROPOSED~~] **ORDER TO EXTEND TIME**<br><br>**Judge: Hon. Richard Seeborg** |
|---|---|

# [~~PROPOSED~~] ORDER TO EXTEND TIME

**WHEREAS**, the Court has reviewed the Parties' Stipulation attached hereto;

**NOW, THEREFORE, THE COURT ORDERS** as follows:

1. Fact Discovery shall close on **May 28, 2013.**

2. Plaintiffs shall file their motion for class certification on or before **July 11, 2013,** with a deadline to depose Plaintiffs' expert(s) offered in support of their motion for class certification on **August 1, 2013;**

    A. Ford shall file its opposition to the motion for class certification on or before **August 26, 2013**, with a **September 19, 2013** deadline to depose defendant's expert(s) offered in support of their opposition briefing;

    B. Plaintiffs shall file their reply in support of their motion for class certification on or before **September 30, 2013**;

    C. The hearing on plaintiffs' motion for class certification shall be held on **October 18, 2013;**

3. A further Case Management Conference shall be scheduled for **June 6, 2013.**

SO ORDERED:

DATED: 9/24/12

HON. RICHARD SEEBERG
United States District Judge