1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

Case No.  11-CV-2953-RS

11

IN RE FORD TAILGATE LITIGATION

12

**[~~PROPOSED~~] ORDER REGARDING SCHEDULE FOR DISCOVERY AND CLASS CERTIFICATION BRIEFING**

13

14

**Judge:  Hon. Richard Seeborg**

15
16
17
18
19
20
21
22
23
24
25
26
27
28

[~~PROPOSED~~] ORDER RE SCHEDULE FOR DISCOVERY
AND CLASS CERTIFICATION BRIEFING
CASE NO.  11-CV-2953-RS

1

**[PROPOSED] ORDER TO EXTEND TIME**

2

**WHEREAS**, the Court has reviewed the Parties' Stipulation attached hereto;

3

**NOW, THEREFORE, THE COURT ORDERS as follows:**

4

1.      Fact discovery shall close on **December 31, 2013;**

5

2.      Plaintiffs shall file their motion for class certification on or before **February 11,**

6

**2014;**

7

3.      The deadline for Ford to depose Plaintiffs' expert(s) offered in support of their

8

motion for class certification shall be **March 14, 2014;**

9

4.      Ford shall file its brief in opposition to the motion for class certification on or before

10

**April 25, 2014;**

11

5.      The deadline for Plaintiffs to depose Ford's expert(s) offered in support of its brief in

12

opposition to Plaintiffs' motion for class certification shall be **May 23, 2014;**

13

6.      Plaintiffs shall file their reply brief in support of their motion for class certification

14

on or before **June 24, 2014.**

15

7.      The hearing on Plaintiffs' motion for class certification shall take place ~~as soon as~~

16

~~practicable thereafter.~~   July 17, 2014 at 1:30 p.m.

17

18

SO ORDERED:

19

20

21

22

DATED:__3/6/13_____      _____

23

HON. RICHARD SEEBERG
United States District Judge

24

25

26

27

28

1
[PROPOSED] ORDER REGARDING SCHEDULE FOR DISCOVERY
AND CLASS CERTIFICATION BRIEFING
CASE NO.  11-CV-2953-RS