

www.gelaw.com

30 N. LaSalle Street, Suite 1200
Chicago, Illinois 60602
Tel: 312-214-0000· Fax: 312-214-0001

**Adam J. Levitt**
alevitt@gelaw.com

# Dykema Gossett PLLC

Franklin Square, Third Floor West
1300 I Street N.W.
Washington, DC 20005

www.dykema.com

Tel: (202) 906-8600
Fax: (202) 906-8669

**Terri S. Reiskin**
Direct Dial: (202) 906-8609
Direct Fax: (855) 216-7884
Email: TReiskin@dykema.com

May 24, 2013

**BY ECF FILING**

Magistrate Judge Joseph C. Spero
United States District Court for the
 Northern District of California
San Francisco Courthouse
Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, California  94102

    Re: *In re Ford Tailgate Litigation*,
       Case No. 11-CV-2953-RS (N.D. Cal.)

Dear Magistrate Judge Spero,

  Pursuant to the Court's May 20, 2013 Order to Meet and Confer (Dkt. No. 122), counsel for Plaintiffs and Defendant Ford Motor Company have been working to resolve the matters at issue in Plaintiffs' Motion to Compel (Dkt. No. 120).  As we reported in our conversation with you earlier today, the parties have made significant progress towards resolution, and the parties believe that an agreement resolving the remaining outstanding issues is possible within the next ten days.  Given the Memorial Day weekend and the unavailability of necessary in-house lawyers for Defendant, however, it is unlikely that agreement can be reached prior to the meet-and-confer hearing currently scheduled for Tuesday, May 28, 2013.  Accordingly, we are jointly requesting that our meet and confer date be rescheduled to June 3, 2013 to permit additional time to resolve this matter.  Since that date is just beyond the May 31 deadline set by the Court's May 20, 2013 Order to Meet and Confer, we are requesting this short extension via this letter, as you indicated we should do.

  The parties appreciate the Court's consideration of this request and stand ready to respond should the Court have any questions.

Sincerely,

/s/ Adam J. Levitt
Adam J. Levitt (admitted pro hac vice)
Lead Counsel for Plaintiffs

/s/ Terri S. Reiskin
Terri S. Reiskin (admitted pro hac vice)
Lead Counsel for Defendant Ford Motor Company

Cc: Counsel of Record via ECF

Dated: 5/28/13



IT IS SO ORDERED
Judge Joseph C. Spero