UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| IN RE FORD TAILGATE LITIGATION | Case No. 11-CV-2953-RS |
|---|---|
| | ORDER ON MOTION OF JO ANN GETTMAN FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2), AS MODIFIED BY THE COURT |

WHEREAS Plaintiff Jo Ann Gettman has moved for voluntary dismissal of her claims in the above-captioned action, pursuant to Federal Rule of Civil Procedure 41(a)(2),

WHEREAS Defendant Ford Motor Company does not oppose the motion,

The Court has considered the papers and pleadings on file, and good cause appearing, HEREBY GRANTS the motion.

IT IS HEREBY ORDERED that Jo Ann Gettman's claims are dismissed without prejudice and without costs or attorney's fees to any party. The hearing on this motion previously set for October 17, 2014, is VACATED.

Date: 10/10/____, 2013

_____
Honorable Richard Seeborg
United States District Court

ORDER