**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE FORD TAILGATE LITIGATION | Case No. 11-CV-2953-RS<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND FOR ENTRY OF CASE MANAGEMENT ORDER, AS MODIFIED BY THE COURT**<br><br>Judge: Hon. Richard Seeborg |

  Pursuant to Civil Local Rule 7-1(b), Plaintiffs' Unopposed Motion for Leave to File Second Consolidated Amended Class Action Complaint is GRANTED.

  IT IS HEREBY ORDERED:

  1. Plaintiffs shall have leave pursuant to Federal Rule of Civil Procedure 15(a) to file their Second Consolidated Amended Class Action Complaint; and

  2. the case schedule in this litigation is extended as follows:

| Event | Date |
|---|---|
| Filing of Plaintiffs' motion to amend consolidated complaint | **October 31, 2013** |
| Filing of response to the amended consolidated complaint | Forty-five days (45) after the service of the |

| | |
|---|---|
| | complaint |
| Conclusion of non-expert discovery | Fact discovery will close on **March 31, 2014**. |
| Further Case Management Conference | **April 3, 2014 at 10:00 a.m.** |
| Filing of Motion for class certification and expert disclosures in support of class certification | **May 12, 2014** |
| Ford's Deadline to depose Plaintiffs expert(s) offered in support of motion for class certification | **June 12, 2014** |
| Deadline to file opposition to the motion for class certification and expert disclosures in opposition to class certification | **July 24, 2014** |
| Plaintiffs' Deadline to depose expert(s) offered in support of its brief in opposition to Plaintiffs' motion for class certification | **August 21, 2014** |
| Deadline to file reply brief in support of the motion for class certification | **September 22, 2014** |
| Class certification hearing | **October 16, 2014 at 1:30 p.m.** |

Additional dates will be determined at the time of the further case management conference.

Dated: November 1, 2013

_____
Honorable Richard Seeborg
United States District Judge –
Northern District of California

Order Granting Motion for Leave to File Second Consolidated Amended Class Action Complaint         2         Case No. 11-CV-2953-RS