# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FORD TAILGATE LITIGATION | Case No. 11-CV-2953-RS<br><br>[PROPOSED] ORDER STIPULATION RE MOTION TO DISMISS, AS MODIFIED BY THE COURT<br><br>Judge: Hon. Richard Seeborg |

[PROPOSED] ORDER RE MOTION TO DISMISS
CASE NO. 11-CV-2953-RS

[~~PROPOSED~~] ORDER RE STIPULATION TO DISMISS

**WHEREAS**, the Court has reviewed the Parties' Stipulation attached hereto;

**NOW, THEREFORE, THE COURT ORDERS** as follows:

1. Page Limits
   a. Ford's Motion to Dismiss shall not exceed 35 pages.
   b. Plaintiffs' Opposition to the Motion to Dismiss shall not exceed 35 pages.
   c. Ford's Reply Brief shall not exceed 20 pages.
2. Due Dates for Opposition and Reply
   a. Plaintiffs' Opposition to Ford's Motion to Dismiss shall be filed on or before January 21, 2014.
   b. Ford's Reply Brief shall be filed on or before February 14, 2014.
3. Answer to the Second Consolidated Amended Class Action Complaint
   a. Ford's Answer to the Second Consolidated Amended Class Action Complaint shall be due 21 days following service of the Court's decision on the Motion to Dismiss.

SO ORDERED:

DATED: 12/17/13

HON. RICHARD SEEBERG
United States District Judge