1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE FORD TAILGATE LITIGATION | Case No. 11-CV-2953-RS<br><br>**ORDER RE STIPULATION RE CASE SCHEDULE, AS MODIFIED BY THE COURT**<br><br>**Judge: Hon. Richard Seeborg** |
|---|---|

# ORDER RE CASE SCHEDULE

**WHEREAS**, the Court has reviewed the Parties' Stipulation attached hereto;

**NOW, THEREFORE, THE COURT ORDERS as follows:**

Good cause exists to amend the current case schedule pending the resolution of Ford's Motion to Dismiss, which may have a significant impact on the scope of remaining discovery. To avoid any unnecessary burden and to streamline the remaining discovery as appropriate, the case schedule is amended as follows:

| Event | Date |
| --- | --- |
| Conclusion of non-expert discovery | June 30, 2014 |
| Case Management Conference | July 10, 2014 |
| Filing of Motion for class certification and expert disclosures in support of class certification | August 11, 2014 |
| Ford's Deadline to depose Plaintiffs expert(s) offered in support of motion for class certification | September 10, 2014 |
| Deadline to file opposition to the motion for class certification and expert disclosures in opposition to class certification | October 22, 2014 |
| Plaintiffs' Deadline to depose expert(s) offered in support of its brief in opposition to Plaintiffs' motion for class certification | November 19, 2014 |
| Deadline to file reply brief in support of the motion for class certification | December 22, 2014 |
| Class certification hearing | Date and time to be set by the Court |

SO ORDERED:

DATED: January 10, 2014

_____
HON. RICHARD SEEBERG
United States District Judge