# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE FORD TAILGATE LITIGATION | Case No. 11-CV-2953-RS<br><br>**ORDER REGARDING TIME TO AMEND COMPLAINT** |

The court's prior order dismissed with leave to amend certain counts of plaintiffs' Second Consolidated Amended Complaint. Any amendment must be filed within 30 days of this order.

IT IS SO ORDERED.

Dated: March 17, 2014.

By: _/s/ Richard Seeborg_
Richard Seeborg
United States District Judge

No. C 11-2953 RS
ORDER