1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE FORD TAILGATE LITIGATION | Case No. 11-CV-2953-RS<br><br>[~~PROPOSED~~] ORDER STIPULATION RE ANSWER SCHEDULE<br><br>Judge: Hon. Richard Seeborg |
|---|---|

**[PROPOSED] ORDER RE ANSWER SCHEDULE**

**WHEREAS**, the Court has reviewed the Parties' Stipulation attached hereto;

**NOW, THEREFORE, THE COURT ORDERS as follows:**

Good cause exists to modify the deadline for Defendant Ford Motor Company's answer to Plaintiffs' SCAC in light of the Court's recent order permitting Plaintiffs to amend their Second Consolidated Amended Complaint ("SCAC"). The deadline for Plaintiffs to amend the SCAC is April 16, 2014. Defendant's response to the Third Consolidated Amended Complaint will be due 21 days following service of the Amended Complaint. Defendant need not answer or otherwise respond to the SCAC.

SO ORDERED:

DATED: 3/26/14

HON. RICHARD SEEBERG
United States District Judge