**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE FORD TAILGATE LITIGATION

Case No. 11-CV-2953-RS

**ORDER VACATING HEARING**

Defendant has moved to dismiss in part and to strike certain aspects of plaintiffs' third amended complaint. Pursuant to Civil Local Rule 7-1(b), the matter will be taken under submission without oral argument. The hearing on July 10, 2014, is hereby vacated.

IT IS SO ORDERED.

Dated: June 23, 2014.

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 11-2953 RS
ORDER

1