Adam J. Levitt (admitted *Pro Hac Vice*)
John E. Tangren
**GRANT & EISENHOFER P.A.**
30 North LaSalle Street, Suite 1200
Chicago, Illinois 60602
Telephone: (312) 214-0000
E-mail: alevitt@gelaw.com

Benjamin D. Bianco (admitted *Pro Hac Vice*)
Bridget Hamill
**FRANK & BIANCO LLP**
275 Madison Avenue, Suite 801
New York, New York 10016
Telephone: (212) 682-1818
E-mail: bbianco@frankandbianco.com

*Plaintiffs' Interim Co-Lead Counsel*

Keith G. Bremer
Alison K. Hurley
**BREMER WHYTE BROWN & O'MEARA, LLP**
20320 S.W. Birch Street, Second Floor
Newport Beach, California 92660
Telephone: 949-221-1000
Facsimile: 949-221-1001
kbremer@bremerandwhyte.com
ahurley@bremerandwhyte.com

Thomas C. Jones
Grant L. Davis
Timothy C. Gaarder
**DAVIS BETHUNE & JONES, LLC**
1100 Main Street, Suite 2930
Kansas City, Missouri 64105
Telephone: 816-421-1600
Facsimile: 816-472-5972
tjones@dbjlaw.net
gdavis@dbjlaw.net
tgaarder@dbjlaw.net
*Plaintiffs' Executive Committee*

Amir Nassihi (State Bar No. 235936)
**SHOOK, HARDY & BACON L.L.P.**
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone: (415) 544-1900
anassihi@shb.com

John M. Thomas (State Bar No. 266842)

1

| | |
|---|---|
| 1 | **DYKEMA GOSSETT PLLC**<br>2723 South State Street, Suite 400 |
| 2 | Ann Arbor, MI 48104<br>Telephone: 734-214-7660 |
| 3 | Facsimile: 734-214-7679 |
| 4 | Jthomas@dykema.com<br>jconigliaro@dykema.com |
| 5 | |
| 6 | Terri S. Reiskin (Admitted *Pro Hac Vice*)<br>Eric C. Tew (Admitted *Pro Hac Vice*) |
| 7 | **DYKEMA GOSSETT PLLC**<br>1300 I Street, N.W. Suite 300 West |
| 8 | Washington, D.C. 20005<br>Telephone: 202-906-8600 |
| 9 | Facsimile: 202-906-8669 |
| 10 | treiskin@dykema.com<br>etew@dykema.com |
| 11 | Janet L. Conigliaro (Admitted *Pro Hac Vice*) |
| 12 | **DYKEMA GOSSETT PLLC**<br>400 Renaissance Center |
| 13 | Detroit, MI  48243<br>Telephone: (313) 568-6800 |
| 14 | Facsimile: (313) 568-6693<br>jconigliaro@dykema.com |
| 15 | |
| 16 | *Attorneys for Defendant FORD MOTOR COMPANY* |
| 17 | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE FORD TAILGATE LITIGATION | Case No. 11-CV-2953-RS<br><br>ORDER<br>**STIPULATION RE CASE SCHEDULE, AS MODIFIED BY THE COURT**<br><br>Judge: Hon. Richard Seeborg |

2

The parties in the above-captioned litigation jointly submit this Stipulation pursuant to Civil Local Rule 7-12, as to which they seek the approval of the Court. Per the Order re Stipulation re Case Schedule, as Modified by the Court, issued on January 10, 2014 (ECF # 158), fact discovery is set to close on June 30, 2014, with other deadlines to follow and a Case Management Conference set for July 20, 2014. Since that Order was entered, Defendant Ford Motor Company's then-pending Motion to Dismiss was decided by the Court (ECF # 162); Plaintiffs filed a Third Consolidated Amended Complaint (ECF # 173) and Ford filed a second Motion to Dismiss (Dkt. # 176), which is pending and set for hearing on July 10, 2014.

The parties agree that in view of the interruptions in discovery during the pendency of the motions to dismiss, some additional time is necessary to complete fact discovery. While a significant amount of discovery has been completed, both sides need to take some additional depositions, and contemplate some other factual discovery will be required. For this purpose, the parties seek a four-month extension of the factual discovery deadline, until October 30, 2014, with all other deadlines to be extended as well. Due to the fact that, under the revised schedule, the holidays fall during the class certification briefing period, the briefing deadlines are extended to accommodate them. The parties further request the Court to re-set the Case Management Conference currently set for July 10, 2014. For the reasons set forth above, the parties stipulate that the case schedule in this litigation be extended as follows:

| Event | Date |
|---|---|
| Conclusion of non-expert discovery | October 30, 2014 |
| Case Management Conference | November 6, 2014 |
| Filing of Motion for class certification and expert disclosures in support of class certification | December 12, 2014 |
| Ford's Deadline to depose Plaintiffs expert(s) offered in support of motion for class certification | January 23, 2015 |
| Deadline to file opposition to the motion for class certification and expert disclosures in opposition to class certification | March 6, 2015 |

| | |
|---|---|
| Plaintiffs' Deadline to depose expert(s) offered in support of its brief in opposition to Plaintiffs' motion for class certification | April 3, 2015 |
| Deadline to file reply brief in support of the motion for class certification | May 24, 2015 |
| Class certification hearing | June 18, 2015 at 1:30 p.m. |

Dated: June 24, 2014                                    Respectfully Submitted,


*/s/ Adam J. Levitt (with consent)*
Adam J. Levitt (admitted *Pro Hac Vice*)
John E. Tangren
**GRANT & EISENHOFER P.A.**
30 North LaSalle Street, Suite 1200
Chicago, Illinois  60602
Telephone:  (312) 214-0000
E-mail:  alevitt@gelaw.com

*Co-Lead Counsel for Plaintiffs*


*/s/ Amir Nassihi*
AMIR NASSIHI (SBN 235936)
**SHOOK, HARDY & BACON L.L.P.**
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone:  (415) 544-1900
E-mail:  anassihi@shb.com

*Counsel for Defendant Ford Motor Co*


PURSUANT TO STIPULATION, IT IS SO ORDERED, this 24 day of June, 2014.

Richard Seeborg, U.S. District Judge