1  Adam J. Levitt (admitted pro hac vice)
   John E. Tangren (admitted pro hac vice)
2  **GRANT & EISENHOFER P.A.**
   30 North LaSalle Street, Suite 1200
3  Chicago, Illinois 60602
   Telephone: 312-214-0000
4  Facsimile: 312-214-0001
   alevitt@gelaw.com
5  jtangren@gelaw.com

6  Marvin L. Frank (admitted pro hac vice)
   Benjamin D. Bianco (admitted pro hac vice)
7  Bridget V. Hamill (admitted pro hac vice)
   **FRANK & BIANCO LLP**
8  275 Madison Avenue, Suite 801
   New York, New York 10016
9  Telephone: 212-628-1818
   Facsimile: 212-682-1892
10 mfrank@frankandbianco.com
   bbianco@frankandbianco.com
11
   *Plaintiffs' Interim Co-Lead Counsel*
12
   Keith G. Bremer
13 Alison K. Hurley
   **BREMER WHYTE BROWN**
14 **O'MEARA, LLP**
   20320 S.W. Birch Street, Second Floor
15 Newport Beach, California 92660
   Telephone: 949-221-1000
16 Facsimile: 949-221-1001
   kbremer@bremerandwhyte.com
17 ahurley@bremerandwhyte.com

18 Grant Davis (admitted pro hac vice)
   Thomas C. Jones (admitted pro hac vice)
19 Timothy C. Gaarder (admitted pro hac vice)
   **DAVIS, BETHUNE & JONES, LLC**
20 1100 Main Street, Suite 2930
   Kansas City, Missouri 64105
21 Telephone: 816-421-1600
   Facsimile: 816-472-5972
22 gdavis@dbjlaw.net
   tjones@dbjlaw.net
23 tgaarder@dbjlaw.net

24 *Plaintiffs' Executive Committee*

25 Amir Nassihi
   **SHOOK, HARDY & BACON L.L.P.**
26 One Montgomery, Suite 2700
   San Francisco, California 94104
27 Telephone: (415) 544-1900
   anassihi@shb.com
28

| Joint Submission of Complete Opt-Out Protocol Regarding Customer Contact Information | Case No. 11-CV-2953-RS |
|---|---|

1  John M. Thomas (admitted pro hac vice)
   Janet L. Conigliaro (admitted pro hac vice)
2  **DYKEMA GOSSETT PLLC**
   2723 South State Street, Suite 400
3  Ann Arbor, MI 48104
   Telephone: 734-214-7660
4  Facsimile: 734-214-7679
   jthomas@dykema.com
5  jconigliaro@dykema.com

6  Terri S. Reiskin (admitted pro hac vice)
   Eric C. Tew (admitted pro hac vice)
7  **DYKEMA GOSSETT PLLC**
   1300 I Street, N.W. Suite 300 West
8  Washington, D.C. 20005
   Telephone: 202-906-8600
9  Facsimile: 202-906-8669
   treiskin@dykema.com
10 etew@dykema.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE FORD TAILGATE LITIGATION | Case No. 11-CV-2953-RS<br><br>**JOINT SUBMISSION OF COMPLETE OPT-OUT PROTOCOL REGARDING CUSTOMER CONTACT INFORMATION** |

Pursuant to the Court's October 16, 2014 Order (Dkt. No. 193), the parties hereby submit their proposed complete opt-out protocol, which updates several aspects of the opt-out protocol submitted on October 8, 2014 (Dkt. No. 191). With the exception of the allocation of the costs,[1] the parties have reached agreement on all other aspects of the protocol.

The parties have agreed to retain Angeion Group, an experienced class action claims administrator, to manage the opt-out list. Ford has completed the search of its records for the requested customer contact information (name, address, email address, and telephone number) in its possession for former and current owners/lessees of the vehicles previously identified by Plaintiffs by VIN number (the "identified individuals"). Ford will provide this information to

---

[1] The parties are submitting their respective briefs on this issue contemporaneously with this submission, pursuant to the Court's October 16, 2014 Order.

Angeion Group by October 28, 2014. The opt-out letter will be mailed by the administrator to the identified individuals within five (5) business days following this Court's approval of the letter's content or by November 5, 2014, whichever is later. The proposed letter is attached for this Court's consideration as Exhibit A. The parties request the Court's approval of the contents of the letter, with leave to make agreed-upon, non-substantive alterations to accommodate formatting or space concerns that may arise as the Administrator is preparing the mailing.

The identified individuals who desire to opt out of being contacted must postmark or e-mail their response no later than twenty-one (21) days after mailing of the notice. The contact information of any individuals who opt out in a timely fashion will be withheld from Plaintiffs, and Ford will also not contact those individuals in connection with this litigation. On the twenty-eighth (28th) day after mailing of the notices, or within three (3) business days of the administrator verifying the identity of any opt outs, whichever is later, Plaintiffs will be provided with contact information of all identified individuals whose notice was not returned as undeliverable and did not timely opt out. This information will be subject to the Confidentiality Order entered in this case (Dkt. No. 85).

As set forth in the Court's Minute Order of October 1, 2014 (Dkt. No. 189), both parties shall provide each other copies, immediately on receipt, of any written statements, sworn or unsworn, and documents provided by the identified individuals that they contact.

Dated: October 24, 2014                                    Respectfully submitted,

Dated: 10/27/14
IT IS SO ORDERED.
/s/ Joseph C. Spero
_____
Joseph C. Spero
U.S. Magistrate Judge

By  /s/ Adam J. Levitt
    Adam J. Levitt
    **GRANT & EISENHOFER P.A.**
    30 North LaSalle Street, Suite 1200
    Chicago, Illinois 60602
    Telephone: 312-214-0000
    Facsimile: 312-214-0001
    alevitt@gelaw.com

By  /s/ Amir Nassihi
    Amir Nassihi
    **SHOOK, HARDY & BACON L.L.P.**
    One Montgomery, Suite 2700
    San Francisco, California 94104
    Telephone: (415) 544-1900
    anassihi@shb.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2014, a copy of the foregoing document was filed electronically using the CM/ECF System. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                                                         */s/ Adam J. Levitt*
                                                                                         Adam J. Levitt

---

Joint Submission of Complete Opt-Out Protocol Regarding Customer Contact Information

Case No. 11-CV-2953-RS