UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE FORD TAILGATE LITIGATION

Case No. 11-cv-02953-RS   (JCS)

**ORDER RE PAYMENT OF COSTS OF OPT OUT DISCOVERY NOTICE**

Re: Dkt. No. 185

Pursuant the order of this Court, the parties briefed the question of who should bear the cost of opt out notice to the owners of certain vehicles so that they would have a chance to keep their contact information private. Ordinarily, the costs associated with discovery are born by the party producing the discovery. Moreover, in this case, the rights that give rise to the need for notice have been asserted by the defendant. However, the Court recognizes that, while contacting individual vehicle owners may lead to admissible evidence, the application to the Court for such information comes very late in the case. In addition, the likelihood that significant additional non-cumulative relevant information will result, while sufficient to justify the discovery, is not great. Bearing in mind the proportionality requirements of Rule 26, the Court finds that plaintiffs should bear one-half (1/2) of the out-of-pocket costs of providing notice and opportunity to opt-out to the vehicle owners at issue. Plaintiffs have offered to pay that amount, and the Court finds that it is reasonable. The Court understands that the parties have retained a third-party administrator to provide the opt-out notice, and anticipates that the cost of retaining this administrator is the cost that will be equally shared among the parties.

**IT IS SO ORDERED.**

Dated: October 29, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge