UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FORD TAILGATE LITIGATION | Case No. 11-cv-02953-RS<br><br>**CASE MANAGEMENT ORDER** |

As instructed by the court, defendant Ford Motor Company ("Ford") has filed a letter brief arguing it should be permitted to file multiple motions for summary judgment in this litigation. Ford seeks leave: (1) to move for pre-certification summary judgment on the claims of the California, New Jersey, and Florida plaintiffs (whose motion for class certification will be filed no later than December 12, 2014); (2) to move subsequently for pre-certification summary judgment on the claims of plaintiffs residing in the remaining seventeen states covered by these actions (whose class status will not be considered until after the first motion for class certification has been decided); and (3) if a class is certified, to move for post-certification summary judgment on classwide issues.

This court does not allow multiple motions for summary judgment absent a showing of good cause, and Ford's letter brief fails to articulate a persuasive basis for departing from this general rule. Separate motions challenging the claims of each of the two groups of plaintiffs are likely to be duplicative. In addition, plaintiff-specific issues are likely to overlap with questions of commonality, adequacy, and typicality, and may be properly raised in Ford's opposition to class certification. *See In re MyFord Touch Consumer Litig.*, No. C-13-3072-EMC (N.D. Cal. Oct. 16. 2014) (Dkt. No. 127) (denying leave to file multiple motions for summary judgment in putative

class action); *Philips v. Ford Motor Co.*, No. C-14-02989-LHK (N.D. Cal. Oct. 29, 2014) (Dkt. No. 29) (same). Accordingly, Ford will only be permitted to bring one motion for summary judgment in this litigation. This motion may be filed either prior to or after the court's order on class certification.

**IT IS SO ORDERED**.

Dated: December 1, 2014

_____
RICHARD SEEBORG
United States District Judge