1  Adam J. Levitt (admitted pro hac vice)
   John E. Tangren (admitted pro hac vice)
2  GRANT & EISENHOFER P.A.
   30 North LaSalle Street, Suite 1200
3  Chicago, Illinois 60602
   Telephone: 312-214-0000
4  Facsimile: 312-214-0001
   alevitt@gelaw.com
5  jtangren@gelaw.com

6
   Marvin L. Frank (admitted pro hac vice)
7  Benjamin D. Bianco (admitted pro hac vice)
   Bridget V. Hamill (admitted pro hac vice)
8  FRANK & BIANCO LLP
   Telephone: 212-682-1853
9  Facsimile: 212-682-1892
   mfrank@frankandbianco.com
10 bbianco@frankandbianco.com

11 Attorneys for Plaintiffs' Interim Co-Lead Counsel

12
   Keith G. Bremer, State Bar No. 155920
13 kbremer@bremerwhyte.com
   Alison K. Hurley, State Bar No. 234042
14 ahurley@bremerwhyte.com
   BREMER WHYTE BROWN & O'MEARA LLP
15 20320 S.W. Birch Street
   Second Floor
16 Newport Beach, California 92660
   Telephone:  (949) 221-1000
17 Facsimile:  (949) 221-1001

18
   Grant Davis (admitted pro hac vice)
19 Thomas C. Jones (admitted pro hac vice)
   Timothy C. Gaarder (admitted pro hac vice)
20 DAVIS, BETHUNE & JONES, LLC
   1100 Main Street, Suite 2930
21 Kansas City, Missouri 64105
   Telephone: 816-421-1600
22 Facsimile: 816-472-5972
   gdavis@dbjlaw.net
23 tjones@dbjlaw.net
   tgaarder@dbjlaw.net
24
   Attorneys for Plaintiffs' Executive Committee
25
   Amir Nassihi (State Bar No. 235936)
26 SHOOK, HARDY & BACON, LLP
   One Montgomery, Suite 2700
27 San Francisco, California  94104
   Telephone: (415) 544-1900
28 E-mail: anassihi@shb.com

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

Case No.  11-CV-2953-RS
STIPULATION AND [PROPOSED] ORDER RE: CLASS CERTIFICATION MOTION

1  Terri S. Reiskin (admitted Pro Hac Vice)
   Eric C. Tew (admitted Pro Hac Vice)
2  DYKEMA GOSSETT PLLC
   1300 I Street, N.W., Suite 300 West
3  Washington, D.C. 20005
   Telephone: (202) 906-8609
4  E-mail:  treiskin@dykema.com
   E-mail:  etew@dykema.com
5
   Attorneys for Defendant Ford Motor Company,
6

7

8              UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11 | IN RE FORD TAILGATE LITIGATION | ) Case No. 11-CV-2953-RS
12 |         Plaintiff.              | ) Judge:   Hon. Richard Seeborg
13 |                                 | ) **STIPULATION AND [~~PROPOSED~~]**
   |                                 |   **ORDER RE: CLASS CERTIFICATION**
14 |                                 |   **MOTION**

15         Hearing Date: June 18, 2015
           Time of Hearing:    1:30 p.m.
16

17         The parties in the above-captioned litigation jointly submit this Stipulation pursuant to Civil

18  Local Rule 7-12, as to which they seek approval of the Court for a brief extension of the deadlines

19  for the filing of Plaintiffs' Motion for Class Certification and related dates for responsive briefing

20  and depositions of related experts, and to permit time for the parties to meet and confer regarding

21  redactions and documents to be filed under seal.  Per the Order re: Stipulation re: Case Schedule, as

22  Modified by the Court, issued June 24, 2014 (*Docket #181),* the deadline for the filing of a Motion

23  for Class Certification is December 12, 2014.

24         Throughout the course of discovery, the parties have produced evidence and provided

25  testimony under the protection of the Parties' Stipulated Protective Order (*Docket #85)* and

26  designated certain information and documents "Confidential."  Pursuant to the Parties' Stipulated

27  Protective Order and Northern District of California Local Rule 79-5, the protected information and

28

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

2
Case No.  11-CV-2953-RS
STIPULATION AND [PROPOSED] ORDER RE: CLASS CERTIFICATION MOTION

documents may only be filed with the Court under seal. Thus, the parties agree Plaintiffs shall submit a Motion to File Portions of the Class Certification Motion Under Seal.

Pursuant to Local Rule 79-5, a Motion to File Under Seal requires a specific identification of the items to be sealed, as well as redacted and unredacted versions of the motion. In the interest of ensuring the information sought to be filed under seal is narrowly defined and limited to the extent possible, Plaintiffs propose to serve their Motion for Class Certification and evidence in support thereof to Ford in advance of filing the Motion to File Portions of the Class Certification Motion Under Seal and Plaintiffs' Motion for Class Certification with the Court. The parties agree some additional time is necessary to meet and confer regarding the identification of the confidential information that needs to be redacted or filed under seal. In addition, Plaintiffs have requested, and Ford has agreed to, an extension until December 17, 2014, for the service of their Motion for Class Certification, which necessitates short extensions of other deadlines relating to the motion as set forth below. The parties have stipulated to the following procedure and deadlines:

1. On **December 17, 2014**, Plaintiffs will serve their Motion for Class Certification to Ford, without redaction, along with all exhibits thereto and Plaintiffs' expert disclosures in support of class certification.

2. No later than **January 2, 2015**, Ford will provide Plaintiffs with requested redactions to Plaintiffs' Motion for Class Certification, as well as Ford's position with regard to which documents must be filed under seal.

3. Plaintiffs will incorporate Ford's redactions and will file Plaintiffs' Motion for Class Certification concurrently with a Motion to File Portions of the Motion for Class Certification Under Seal by **January 9, 2015**. Plaintiffs will make no other changes to their Motion for Class Certification, exhibits and supporting materials as served on December 17, 2014, other than to incorporate the redactions requested by Ford.

4. Ford will complete the deposition of Plaintiffs' expert(s) offered in support of their Motion for Class Certification by **January 28, 2015.**

5. The deadline for Ford to file its Opposition to Plaintiffs' Motion for Certification and disclose experts in opposition shall be **March 11, 2015.**

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

3
Case No. 11-CV-2953-RS
STIPULATION AND [PROPOSED] ORDER RE: CLASS CERTIFICATION MOTION

6. Plaintiffs will complete the deposition of Ford's expert(s) offered in opposition of the Motion for Class Certification by **April 8, 2015.**

7. The deadline for Plaintiff to file its Reply to Ford's Opposition to Plaintiffs' Motion for Class Certification shall be **May 29, 2015.**

The date for the class certification hearing (June 18, 2015) will not be affected by this proposed schedule.

Dated:  December 11, 2014                             Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Adam J. Levitt_____

　　　　　　　　　　　　　　　　　　　　　　　　　　Adam J. Levitt (admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　　　　　　　John E. Tangren (admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　　　　　　　**GRANT & EISENHOFER P.A.**
　　　　　　　　　　　　　　　　　　　　　　　　　　30 North LaSalle Street, Suite 1200
　　　　　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois  60602
　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone:  (312) 214-0000
　　　　　　　　　　　　　　　　　　　　　　　　　　alevitt@gelaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　jtangren@gelaw.com

　　　　　　　　　　　　　　　　　　　　　　　　　　*Co-Lead Counsel for Plaintiffs*

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Terri S. Reiskin\_(by permission_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Terri S. Reiskin (admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　　　　　　　Eric C. Tew (admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　　　　　　　**DYKEMA GOSSETT PLLC**
　　　　　　　　　　　　　　　　　　　　　　　　　　1300 I Street, N.W., Suite 300 West
　　　　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone:  (202) 906-8629
　　　　　　　　　　　　　　　　　　　　　　　　　　etew@dykema.com

　　　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Ford Motor Co.*


PURSUANT TO STIPULATION, IT IS SO ORDERED, this \_12th\_ day of December, 2014.


　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Richard Seeborg, U.S. District Judge

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA  92660
(949) 221-1000

4
Case No.  11-CV-2953-RS
STIPULATION AND [PROPOSED] ORDER RE: CLASS CERTIFICATION MOTION