1  Adam J. Levitt (admitted *pro hac vice*)
   John E. Tangren (admitted *pro hac vice*)
2  **GRANT & EISENHOFER P.A.**
   30 North LaSalle Street, Suite 1200
3  Chicago, Illinois 60602
   Telephone: 312-214-0000
4  Facsimile: 312-214-0001
   alevitt@gelaw.com
5  jtangren@gelaw.com

6  Marvin L. Frank (admitted *pro hac vice*)
   Benjamin D. Bianco (admitted *pro hac vice*)
7  Bridget V. Hamill (admitted *pro hac vice*)
   **FRANK & BIANCO LLP**
8  275 Madison Avenue, Suite 801
   New York, New York 10016
9  Telephone: 212-682-1853
   Facsimile: 212-682-1892
10 mfrank@frankandbianco.com
   bbianco@frankandbianco.com
11 bhamill@frankandbianco.com

12 *Plaintiffs' Interim Co-Lead Counsel*

13

   Keith G. Bremer, State Bar No. 155920
14 Alison K. Hurley, State Bar No. 234042
   **BREMER WHYTE BROWN & O'MEARA LLP**
15 20320 S.W. Birch Street, Second Floor
   Newport Beach, California 92660
16 Telephone: (949) 221-1000
   Facsimile: (949) 221-1001
17 kbremer@bremerwhyte.com
   ahurley@bremerwhyte.com
18
   Grant Davis (admitted *pro hac vice*)
19 Thomas C. Jones (admitted *pro hac vice*)
   Timothy C. Gaarder (admitted *pro hac vice*)
20 **DAVIS, BETHUNE & JONES, LLC**
   1100 Main Street, Suite 2930
21 Kansas City, Missouri 64105
   Telephone: 816-421-1600
22 Facsimile: 816-472-5972
   gdavis@dbjlaw.net
23 tjones@dbjlaw.net
   tgaarder@dbjlaw.net
24
   *Plaintiffs' Executive Committee*
25

26 Amir Nassihi, State Bar No. 235936
   **SHOOK, HARDY & BACON, LLP**
27 One Montgomery, Suite 2700
   San Francisco, California  94104
28 Telephone: (415) 544-1900
   anassihi@shb.com

Terri S. Reiskin (admitted *pro hac vice*)
Eric C. Tew (admitted *pro hac vice*)
**DYKEMA GOSSETT PLLC**
1300 I Street, N.W., Suite 300 West
Washington, D.C. 20005
Telephone: (202) 906-8609
treiskin@dykema.com
etew@dykema.com

***Attorneys for Defendant Ford Motor Company***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE FORD TAILGATE LITIGATION | Case No. 11-CV-2953-RS<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CLASS CERTIFICATION MOTION**<br><br>Judge: Hon. Richard Seeborg |

    The parties in the above-captioned litigation jointly submit this Stipulation pursuant to Civil Local Rule 7-12, as to which they seek approval of the Court for a brief extension of the deadlines for the response and reply briefing on Plaintiffs' Motion for Class Certification and related expert depositions.  Per the Court's Order re: Stipulation and Order re: Class Certification Motion, issued December 12, 2014 (*Docket #213*), the deadline for Ford Motor Company's response to the Motion for Class Certification is March 11, 2015, the deposition of Ford's experts offered in opposition to the Motion is April 8, 2015, and the deadline for Plaintiffs' reply brief is May 29, 2015.  The hearing on the class certification motion is set for June 18, 2015 (*Docket # 181*).

    Plaintiffs' Motion for Class Certification and supporting materials, including five expert reports, were served on Ford on December 12, 2014 and filed on January 9, 2015 (*Docket # 215*). The parties have cooperated in the scheduling of expert depositions, the last of which was completed on January 30, 2015.  However, lead defense counsel is required to undertake foreign travel for a client in early March and has other commitments that make compliance with the

existing scheduling order problematic. In addition, a conflict has arisen with the June 18, 2015 class certification hearing. Specifically, Ford's lead counsel has been asked to attend a client meeting that involves many other participants on that date. For these reasons, Ford's counsel has requested, and Plaintiffs' counsel has stipulated to, the following changes to the existing schedule:

1. The deadline for Ford to file its Opposition to Plaintiffs' Motion for Class Certification and to disclose experts in opposition shall be **March 20, 2015**.

2. Plaintiffs will complete the deposition of Ford's expert(s) offered in opposition of the Motion for Class Certification by **April 17, 2015**.

3. The deadline for Plaintiffs to file their Reply to Ford's Opposition to Plaintiffs' Motion for Class Certification shall be **June 8, 2015**.

4. The hearing on the Class Certification Motion shall be rescheduled to **July 2, 2015** at  1:30  p.m.

Dated: February 6, 2015                    Respectfully Submitted,


                                            */s/ Adam J. Levitt*
                                            Adam J. Levitt (admitted *Pro Hac Vice*)
                                            John E. Tangren (admitted *pro hac vice*)
                                            **GRANT & EISENHOFER P.A.**
                                            30 North LaSalle Street, Suite 1200
                                            Chicago, Illinois  60602
                                            Telephone:  (312) 214-0000
                                            E-mail:  alevitt@gelaw.com

                                            *Co-Lead Counsel for Plaintiffs*

                                            */s/ Terri S. Reiskin*
                                            Terri S. Reiskin (admitted *Pro Hac Vice*)
                                            Eric C. Tew (admitted *Pro Hac Vice*)
                                            **DYKEMA GOSSETT PLLC**
                                            1300 I Street, N.W., Suite 300 West
                                            Washington, D.C. 20005
                                            Telephone:  (202) 906-8629
                                            treiskin@dykema.com
                                            etew@dykema.com

                                            *Counsel for Defendant Ford Motor Co.*

PURSUANT TO STIPULATION, IT IS SO ORDERED, this 9th day of February, 2015.

_____
Hon. Richard Seeborg, U.S. District Judge