UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FORD TAILGATE LITIGATION | Case No. 11-cv-02953-RS<br><br>**ORDER GRANTING PARTIES' JOINT MOTION FOR ADMINISTRATIVE RELIEF AND MODIFYING SCHEDULE REGARDING MOTION FOR CLASS CERTIFICATION** |

Pursuant to the parties' joint motion and stipulation, the existing schedule is hereby modified in accordance with the following:

1. The deadline for Ford to file its Opposition to Plaintiffs' Motion for Class Certification and to disclose experts in opposition shall be April 30, 2015.
2. Plaintiffs will complete the deposition of Ford's expert(s) offered in opposition of the Motion for Class Certification by May 28, 2015.
3. The deadline for Plaintiffs to file their Reply to Ford's Opposition to Plaintiffs' Motion for Class Certification shall be July 16, 2015.
4. The hearing on the Class Certification Motion shall be rescheduled to August 13, 2015 at 1:30PM.

**IT IS SO ORDERED**.

Dated: March 16, 2015

RICHARD SEEBORG
United States District Judge