1  Adam J. Levitt (admitted *pro hac vice*)
   John E. Tangren (admitted *pro hac vice*)
2  **GRANT & EISENHOFER P.A.**
   30 North LaSalle Street, Suite 1200
3  Chicago, Illinois 60602
   Telephone: 312-214-0000
4  Facsimile: 312-214-0001
   alevitt@gelaw.com
5  jtangren@gelaw.com

6  Marvin L. Frank (admitted *pro hac vice*)
   Benjamin D. Bianco (admitted *pro hac vice*)
7  Bridget V. Hamill (admitted *pro hac vice*)
   **FRANK & BIANCO LLP**
8  275 Madison Avenue, Suite 801
   New York, New York 10016
9  Telephone: 212-682-1853
   Facsimile: 212-682-1892
10 mfrank@frankandbianco.com
   bbianco@frankandbianco.com
11 bhamill@frankandbianco.com

12 *Plaintiffs' Interim Co-Lead Counsel*

13 Keith G. Bremer, State Bar No. 155920
   Alison K. Hurley, State Bar No. 234042
14 **BREMER WHYTE BROWN & O'MEARA LLP**
   20320 S.W. Birch Street, Second Floor
15 Newport Beach, California 92660
   Telephone: (949) 221-1000
16 Facsimile: (949) 221-1001
   kbremer@bremerwhyte.com
17 ahurley@bremerwhyte.com

18 Grant Davis (admitted *pro hac vice*)
   Thomas C. Jones (admitted *pro hac vice*)
19 Timothy C. Gaarder (admitted *pro hac vice*)
   **DAVIS, BETHUNE & JONES, LLC**
20 1100 Main Street, Suite 2930
   Kansas City, Missouri 64105
21 Telephone: 816-421-1600
   Facsimile: 816-472-5972
22 gdavis@dbjlaw.net
   tjones@dbjlaw.net
23 tgaarder@dbjlaw.net

24 *Plaintiffs' Executive Committee*

25 Amir Nassihi, State Bar No. 235936
   **SHOOK, HARDY & BACON, LLP**
26 One Montgomery, Suite 2700
   San Francisco, California 94104
27 Telephone: (415) 544-1900
   anassihi@shb.com

Case No. 11-CV-2953-RS
STIPULATION AND [PROPOSED] ORDER RE: CLASS CERTIFICATION AND OTHER MOTIONS

1  Terri S. Reiskin (admitted *pro hac vice*)
   Eric C. Tew (admitted *pro hac vice*)
2  **DYKEMA GOSSETT PLLC**
   1300 I Street, N.W., Suite 300 West
3  Washington, D.C. 20005
   Telephone: (202) 906-8609
4  treiskin@dykema.com
   etew@dykema.com
5
   *Attorneys for Defendant Ford Motor Company*
6

7

8              UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11                                          ) Case No. 11-CV-2953-RS
                                            )
12 IN RE FORD TAILGATE LITIGATION           ) Judge:   Hon. Hon. Richard Seeborg
                                            )
13                                          ) **STIPULATION AND [PROPOSED]**
                                            ) **ORDER RE: CLASS CERTIFICATION,**
14                                          ) **SUMMARY JUDGMENT, AND**
                                            ) ***DAUBERT* MOTIONS**
15

16     The parties in the above-captioned litigation jointly submit this Stipulation pursuant to Civil

17 Local Rule 7-12, as to which they seek approval of the Court for a brief extension of the deadlines

18 for the response and reply briefing on Plaintiffs' Motion for Class Certification, Ford Motor

19 Company's Motions for Summary Judgment and *Daubert* Motions to Exclude the Testimony of

20 Plaintiffs' Experts, and related expert depositions and motion practice. Per the Court's Order

21 Granting Parties' Joint Motion for Administrative Relief and Modifying Schedule Regarding

22 Motion for Class Certification, issued March 16, 2015 (*Docket #221),* Ford's opposition to

23 Plaintiffs' Motion for Class Certification was due on April 30, 2015. The deadline for Plaintiffs to

24 complete the depositions of Ford's experts offered in opposition to Plaintiffs' Motion for Class

25 Certification is May 28, 2015, and Plaintiffs' reply brief in support of their Motion for Class

26 Certification is due on July 16, 2015. The hearing on the class certification motion is set for

27 August 13, 2015.

28

Ford's opposition to Plaintiffs' Motion for Class Certification and supporting materials, including four expert reports, were filed on April 30, 2015 (*Docket #223*). In addition to this opposition, Ford also filed a Motion for Summary Judgment as to the Claims of the California, New Jersey, and Florida Plaintiffs (Docket #224) and *Daubert* Motions to Exclude the Testimony of four of Plaintiffs' experts offered in support of class certification *(Docket #225-229)*. The current case schedule did not provide for briefing on *Daubert* motions or Ford's summary judgment motion. Given the overlap between the class certification issues and the issues raised in Ford's summary judgment motion and *Daubert* motions, the parties respectfully submit that, in the interests of judicial economy, argument on each of these motions should be presented at a single hearing once they are fully briefed. For these reasons, the parties have stipulated to the following changes to the existing schedule:

1. Plaintiffs will complete the deposition of Ford's experts offered in opposition of the Motion for Class Certification and in support of Ford's Motion for Summary Judgment by **June 26, 2015.**

2. The deadline for Plaintiffs to file their Reply to Ford's Opposition to Plaintiffs' Motion for Class Certification, their Oppositions to Ford's Motion for Summary Judgment and *Daubert* Motions, and any *Daubert* Motions to Exclude the Testimony of Ford's experts shall be **August 18, 2015.**

3. The deadline for Ford to file its Replies to Plaintiffs' Oppositions to the Motion for Summary Judgment and *Daubert* Motions, and its Oppositions to any *Daubert* Motions filed by Plaintiffs, shall be **October 8, 2015.**

4. The deadline for Plaintiffs to file their Replies to Ford's Oppositions to any *Daubert* Motions filed by Plaintiffs shall be **October 30, 2015.**

5. The hearing on Plaintiffs' Class Certification Motion, Ford's Motion for Summary Judgment, and *Daubert* Motions shall be rescheduled to **November 12, 2015** at 1:30 p.m.

Dated:  May 26, 2015

Respectfully submitted,

/s/ Adam J. Levitt

Adam J. Levitt (admitted *pro hac vice*)
John E. Tangren (admitted *pro hac vice*)
**GRANT & EISENHOFER P.A.**
30 North LaSalle Street, Suite 2350
Chicago, Illinois  60602
Telephone:  (312) 214-0000
alevitt@gelaw.com
jtangren@gelaw.com

*Co-Lead Counsel for Plaintiffs*

/s/ Terri S. Reiskin

Terri S. Reiskin (admitted *Pro Hac Vice*)
Eric C. Tew (admitted *Pro Hac Vice*)
**DYKEMA GOSSETT PLLC**
1300 I Street, N.W., Suite 300 West
Washington, D.C. 20005
Telephone:  (202) 906-8629
treiskin@dykema.com
etew@dykema.com

*Counsel for Defendant Ford Motor Co.*

PURSUANT TO STIPULATION, IT IS SO ORDERED, this  27th  day of May, 2015.

_____
Richard Seeborg, U.S. District Judge