UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FORD TAILGATE LITIGATION | Case No.  11-CV-2953-RS<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION OF TERRI S. REISKIN FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR FORD MOTOR COMPANY<br><br>Judge:  Hon. Richard Seeborg |

The Court having considered attorney Terri S. Reiskin's (*pro hac vice*) motion for leave to withdraw as counsel for Defendant Ford Motor Company in this matter, it is hereby ordered as follows:

1. Petitioner's request is GRANTED.

2. Attorney Terri S. Reiskin is granted leave to withdraw as counsel of record for Ford Motor Company in this matter.

**IT SO ORDERED:**

DATED: 7/22/15

_____
HON. RICHARD SEEBERG
United States District Judge