| | |
|---|---|
| 1 | Adam J. Levitt (admitted *pro hac vice*) |
|   | John E. Tangren (admitted *pro hac vice*) |
| 2 | **GRANT & EISENHOFER P.A.** |
|   | 30 North LaSalle Street, Suite 2350 |
| 3 | Chicago, Illinois 60602 |
|   | Telephone: 312-214-0000 |
| 4 | Facsimile: 312-214-0001 |
|   | alevitt@gelaw.com |
| 5 | jtangren@gelaw.com |
|   | |
| 6 | Marvin L. Frank (admitted *pro hac vice*) |
|   | Bridget V. Hamill (admitted *pro hac vice*) |
| 7 | **FRANK LLP** |
|   | 275 Madison Avenue, Suite 705 |
| 8 | New York, New York 10016 |
|   | Telephone: 212-682-1853 |
| 9 | Facsimile: 212-682-1892 |
|   | mfrank@frankllp.com |
| 10| bhamill@frankllp.com |
|   | |
| 11| *Plaintiffs' Interim Co-Lead Counsel* |
|   | |
| 12| Keith G. Bremer, State Bar No. 155920 |
|   | Alison K. Hurley, State Bar No. 234042 |
| 13| **BREMER WHYTE BROWN & O'MEARA LLP** |
|   | 20320 S.W. Birch Street, Second Floor |
| 14| Newport Beach, California 92660 |
|   | Telephone: (949) 221-1000 |
| 15| Facsimile: (949) 221-1001 |
|   | kbremer@bremerwhyte.com |
| 16| ahurley@bremerwhyte.com |
|   | |
| 17| Grant Davis (admitted *pro hac vice*) |
|   | Thomas C. Jones (admitted *pro hac vice*) |
| 18| Timothy C. Gaarder (admitted *pro hac vice*) |
|   | **DAVIS, BETHUNE & JONES, LLC** |
| 19| 1100 Main Street, Suite 2930 |
|   | Kansas City, Missouri 64105 |
| 20| Telephone: 816-421-1600 |
|   | Facsimile: 816-472-5972 |
| 21| gdavis@dbjlaw.net |
|   | tjones@dbjlaw.net |
| 22| tgaarder@dbjlaw.net |
|   | |
| 23| *Plaintiffs' Executive Committee* |
|   | |
| 24| Amir Nassihi, State Bar No. 235936 |
|   | **SHOOK, HARDY & BACON, LLP** |
| 25| One Montgomery, Suite 2700 |
|   | San Francisco, California  94104 |
| 26| Telephone: (415) 544-1900 |
|   | anassihi@shb.com |
| 27| |

| | |
|---|---|
| 1 | Eric C. Tew (admitted *pro hac vice*) |
| | **DYKEMA GOSSETT PLLC** |
| 2 | 1300 I Street, N.W., Suite 300 West |
| | Washington, D.C. 20005 |
| 3 | Telephone: (202) 906-8609 |
| | treiskin@dykema.com |
| 4 | etew@dykema.com |

*Attorneys for Defendant Ford Motor Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE FORD TAILGATE LITIGATION | ) Case No. 11-CV-2953-RS |
| | ) |
| | ) Judge:   Hon. Richard Seeborg |
| | ) |
| | ) **STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶]** |
| | ) **ORDER RE: CLASS CERTIFICATION,** |
| | ) **SUMMARY JUDGMENT, AND** |
| | ) ***DAUBERT* MOTIONS** |

The parties in the above-captioned litigation jointly submit this Stipulation pursuant to Civil Local Rule 7-12, as to which they seek approval of the Court for a brief one-week extension of some of the deadlines for the remaining response and reply briefing on Plaintiffs' Motion for Class Certification, Ford Motor Company's Motions for Summary Judgment and *Daubert* Motions to Exclude the Testimony of Plaintiffs' Experts, and related expert depositions and motion practice. Per the Stiuplation and Order Regarding Class Certification, Summary Judgment, and Daubert Motions, issued May 27, 2015 (*Docket #232*), Plaintiffs' reply brief in support of their Motion for Class Certification, Plaintiffs' responses to Ford's summary judgment and *Daubert* motions, and any *Daubert* motions by Plaintiffs are due on August 18, 2015.  Ford's replies in support of its summary judgment and *Daubert* motions and responses to Plaintiffs' *Daubert* motions are due on October 8, 2015.  Plaintiffs' replies in support of their Daubert motions are due on October 30, 2015, and the hearing on the class certification motion is set for November 12, 2015.

Plaintiffs are requesting a one-week extension of the deadline on their upcoming filings to August 25, 2015 because two of Plaintiffs' counsel recently and unexpectedly became unavailable to work on these filings: (1) Benjamin Bianco, formerly of Frank & Bianco LLP, who has left for another firm and is no longer working on this case (*see* Docket #235), and (2) another of Plaintiffs' counsel who was recently hospitalized and will not be available to work on this case this month. Ford does not oppose Plaintiffs' request. Plaintiffs have also agreed to a one-week extension on Ford's next set of filings to October 15, 2015. The parties do not anticipate any further changes to this briefing schedule, and the pending motions should still be fully briefed by the currently scheduled date of October 30, 2015.

For these reasons, the parties have stipulated to the following changes to the existing schedule:

1. The deadline for Plaintiffs to file their Reply to Ford's Opposition to Plaintiffs' Motion for Class Certification, their Oppositions to Ford's Motion for Summary Judgment and *Daubert* Motions, and any *Daubert* Motions to Exclude the Testimony of Ford's experts shall be **August 25, 2015.**

2. The deadline for Ford to file its Replies to Plaintiffs' Oppositions to the Motion for Summary Judgment and *Daubert* Motions, and its Oppositions to any *Daubert* Motions filed by Plaintiffs, shall be **October 15, 2015.**

3. The deadline for Plaintiffs to file their Replies to Ford's Oppositions to any *Daubert* Motions filed by Plaintiffs will remain **October 30, 2015.**

4. The hearing on Plaintiffs' Class Certification Motion, Ford's Motion for Summary Judgment, and *Daubert* Motions will remain on **November 12, 2015** at 1:30 p.m.

Dated: August 12, 2015

Respectfully submitted,

/s/ Adam J. Levitt

Adam J. Levitt (admitted *pro hac vice*)
John E. Tangren (admitted *pro hac vice*)
**GRANT & EISENHOFER P.A.**
30 North LaSalle Street, Suite 2350
Chicago, Illinois  60602
Telephone:  (312) 214-0000
alevitt@gelaw.com
jtangren@gelaw.com

***Co-Lead Counsel for Plaintiffs***

/s/ Eric C. Tew

Terri S. Reiskin (admitted *Pro Hac Vice*)
Eric C. Tew (admitted *Pro Hac Vice*)
**DYKEMA GOSSETT PLLC**
1300 I Street, N.W., Suite 300 West
Washington, D.C. 20005
Telephone:  (202) 906-8629
treiskin@dykema.com
etew@dykema.com

***Counsel for Defendant Ford Motor Co.***

PURSUANT TO STIPULATION, IT IS SO ORDERED, this  13th   day of August, 2015.

_____
Richard Seeborg, U.S. District Judge