UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE FORD TAILGATE LITIGATION | Case No. 11-cv-02953-RS |
|---|---|
| | **JUDGMENT** |

On November 25, 2015, the Court granted defendant Ford Motor Company's motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Ford and against plaintiffs. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated:  November 25, 2015

_____
RICHARD SEEBORG
United States District Judge