United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FORD TAILGATE LITIGATION | Case No. 11-cv-02953-RS<br><br>**ORDER REQUESTING ADDITIONAL BRIEFING** |

In November 2015, the court granted defendant Ford Motor Company's motion for summary judgment and ordered the clerk to close the file in this matter. On December 21, 2015, plaintiffs sent a letter to the court seeking clarification as to whether the judgment is limited to the named plaintiffs from California, New Jersey, and Florida. Subsequently, on December 28, 2015, plaintiffs filed a notice of appeal. The court construes plaintiffs' letter as a motion to reopen the file and now orders Ford to respond. In addition to addressing whether the case file should be reopened, Ford and plaintiffs must address whether this court has jurisdiction to reopen the file following the entry of a notice of appeal. Ford must file its response by January 11, 2016. Plaintiffs must submit their reply brief by January 18, 2016.

**IT IS SO ORDERED**.

Dated: January 4, 2016

_____
RICHARD SEEBORG
United States District Judge