UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE FORD TAILGATE LITIGATION

Case No. 11-cv-02953-RS

**AMENDED JUDGMENT**

Pursuant to this Court's November 25, 2015, order, (Dkt. No. 261), judgment is entered in favor of defendant Ford Motor Company and against plaintiffs Sally Nettleton, James Denning, Al Morelli, Spencer Ware, Brian Martin, and Zane Dery.

**IT IS SO ORDERED**.

Dated: January 11, 2016

RICHARD SEEBORG
United States District Judge