1  Adam J. Levitt (admitted *pro hac vice*)
   John E. Tangren (admitted *pro hac vice*)
2  **GRANT & EISENHOFER P.A.**
   30 North LaSalle Street, Suite 2350
3  Chicago, Illinois  60602
   Telephone:  (312) 214-0000
4  Facsimile:  (312) 214-0001
   alevitt@gelaw.com
5  jtangren@gelaw.com

6  Marvin L. Frank (admitted *Pro Hac Vice*)
   Bridget V. Hamill (admitted *pro hac vice*)
7  **FRANK LLP**
   275 Madison Avenue, Suite 705
8  New York, New York   10016
   Telephone:  (212) 682-1853
9  Facsimile:  (212) 682-1892
   mfrank@frankllp.com
10 bhamill@frankllp.com

11 *Plaintiffs' Interim Co-Lead Counsel*

12 Keith G. Bremer, State Bar No. 155920
   Alison K. Hurley, State Bar No. 234042
13 **BREMER WHYTE BROWN & O'MEARA LLP**
   20320 S.W. Birch Street, Second Floor
14 Newport Beach, California 92660
   Telephone: (949) 221-1000
15 Facsimile: (949) 221-1001
   kbremer@bremerwhyte.com
16 ahurley@bremerwhyte.com

17 Grant Davis (admitted *pro hac vice*)
   Thomas C. Jones (admitted *pro hac vice*)
18 Timothy C. Gaarder (admitted *pro hac vice*)
   **DAVIS, BETHUNE & JONES, LLC**
19 1100 Main Street, Suite 2930
   Kansas City, Missouri 64105
20 Telephone:  (816) 421-1600
   Facsimile:  (816) 472-5972
21 gdavis@dbjlaw.net
   tjones@dbjlaw.net
22 tgaarder@dbjlaw.net

23 *Plaintiffs' Executive Committee*

24 Amir Nassihi (State Bar No. 235936)
   **SHOOK, HARDY & BACON L.L.P.**
25 One Montgomery, Suite 2700
   San Francisco, California 94104
26 Telephone: (415) 544-1900
   Facsimile: (415) 391-0281
27 anassihi@shb.com

28

STIPULATION REGARDING FORD'S BILL OF COSTS
CASE NO.  11-CV-2953-RS

1  John M. Thomas (State Bar No. 266842)
   Janet L. Conigliaro (admitted *pro hac vice*)
2  **DYKEMA GOSSETT PLLC**
3  2723 South State Street, Suite 400
   Ann Arbor, MI 48104
4  Telephone:  (734) 214-7660
   Facsimile:  (734) 214-7679
5  jthomas@dykema.com
   jconigliaro@dykema.com
6

7  Eric C. Tew (admitted *pro hac vice*)
   **DYKEMA GOSSETT PLLC**
8  1300 I Street, N.W. Suite 300 West
   Washington, D.C. 20005
9  Telephone:  (202) 906-8600
   Facsimile:  (202) 906-8669
10 etew@dykema.com

11 *Attorneys for Defendant Ford Motor Company*

12
                    **UNITED STATES DISTRICT COURT**
13                  **NORTHERN DISTRICT OF CALIFORNIA**
                         **SAN FRANCISCO DIVISION**
14

| 15  IN RE FORD TAILGATE LITIGATION | Case No. 11-CV-2953-RS |
|---|---|
| 16 | ORDER **STIPULATION REGARDING FORD MOTOR COMPANY'S BILL OF COSTS** |
| 17 | |
| 18 | Judge: Hon. Richard Seeborg |

22      Pursuant to Civil Local Rule 7-12, the parties in the above-captioned litigation respectfully

23 request the Court to approve this jointly submitted Stipulation regarding Ford Motor Company's

24 ("Ford") Bill of Costs, filed December 9, 2015 (Dkt. No. 263).  The parties stipulate that Ford's Bill

25 of Costs is hereby withdrawn without prejudice and with leave for the prevailing party or parties to

26 file a Bill of Costs after final judgment in this litigation.

Dated: January 15, 2016                           Respectfully Submitted,

   /s/ Adam J. Levitt (with permission)
Adam J. Levitt (admitted *Pro Hac Vice*)
**GRANT & EISENHOFER P.A.**
30 North LaSalle Street, Suite 2350
Chicago, Illinois 60602
Telephone: (312) 214-0000
alevitt@gelaw.com

*Co-Lead Counsel for Plaintiffs*

   /s/ Amir Nassihi
AMIR NASSIHI (SBN 235936)
**SHOOK, HARDY & BACON L.L.P.**
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone: (415) 544-1900
anassihi@shb.com

*Counsel for Defendant Ford Motor Co.*

PURSUANT TO STIPULATION, IT IS SO ORDERED, this 19th day of January, 2016.

_____
Hon. Richard Seeborg, U.S. District Judge