UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 16 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: FORD TAILGATE LITIGATION, | No. 15-17552 |
| SALLY J. NETTLESON; et al., | D.C. No. 3:11-cv-02953-RS<br>U.S. District Court for Northern California, San Francisco |
| Plaintiffs - Appellants, | **ORDER** |
| v. | |
| FORD MOTOR COMPANY, | |
| Defendant - Appellee. | |

Appellants have failed to comply with the court's order of January 19, 2016.

This appeal is DISMISSED for failure to prosecute. Ninth Cir. Rule 42-1.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

Mary Schlepp
Deputy Clerk

ms/mediation