1  Adam J. Levitt (admitted *pro hac vice*)
   John E. Tangren (admitted *pro hac vice*)
2  **GRANT & EISENHOFER P.A.**
   30 North LaSalle Street, Suite 2350
3  Chicago, Illinois 60602
   Telephone: 312-214-0000
4  Facsimile: 312-214-0001
   alevitt@gelaw.com
5  jtangren@gelaw.com

6  Marvin L. Frank (admitted *pro hac vice*)
   Bridget V. Hamill (admitted *pro hac vice*)
7  **FRANK LLP**
   275 Madison Avenue, Suite 705
8  New York, New York 10016
   Telephone: 212-682-1853
9  Facsimile: 212-682-1892
   mfrank@frankllp.com
10 bhamill@frankllp.com

11 *Plaintiffs' Interim Co-Lead Counsel*

12 Amir Nassihi (State Bar No. 235936)
   **SHOOK, HARDY & BACON L.L.P.**
13 One Montgomery, Suite 2700
   San Francisco, California 94104
14 Telephone: (415) 544-1900
   Facsimile: (415) 391-0281
15 anassihi@shb.com

16 John M. Thomas (State Bar No. 266842)
   **DYKEMA GOSSETT PLLC**
17 2723 South State Street, Suite 400
   Ann Arbor, MI 48104
18 Telephone: (734) 214-7660
19 Facsimile: (734) 214-7679
   Jthomas@dykema.com
20
   Eric C. Tew (Admitted *Pro Hac Vice*)
21 **DYKEMA GOSSETT PLLC**
   1300 I Street, N.W. Suite 300 West
22 Washington, D.C. 20005
23 Telephone: 202-906-8600
   Facsimile: 202-906-8669
24 etew@dykema.com

25 *Attorneys for Defendant Ford Motor Company*

26

27

28

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE FORD TAILGATE LITIGATION | Case No. 11-CV-2953-RS<br><br>**JOINT MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND SUMMARY JUDGMENT DEADLINE**<br><br>Judge: Hon. Richard Seeborg |

Pursuant to Civil Local Rule 7-11, the parties in the above-captioned litigation jointly move the Court for Administrative Relief and for entry of the attached Order to extend the deadline for Ford Motor Company ("Ford") to file its motion for summary judgment in order to allow the parties further time to finalize the settlement of the named Plaintiffs' individual claims. The parties anticipate that, once finalized, the settlement will result in the complete resolution of this action. In support of their motion, the parties state as follows:

1. On January 28, 2016, the Court held a Case Management Conference and subsequently entered an Order setting a deadline of 45 days for Ford to file a motion for summary judgment on the claims of the remaining Plaintiffs. (ECF 278.)

2. On March 9, 2016, the Court granted the parties' Joint Motion to extend the deadline for Ford to file a motion for summary judgment in light of the parties' agreement in principle on the settlement of all of the named Plaintiffs' claims on an individual basis. (ECF 282.) The current deadline for Ford to file a motion for summary judgment is April 28, 2016, and there are no other pending deadlines in this case.

3. The parties have made progress in drafting the settlement agreement but have not yet finalized it. Once the parties have finalized the settlement agreement, Plaintiffs' counsel will need to secure the signatures of each of the named Plaintiffs included in the settlement.

5. Because the settlement is on an individual basis, court approval will not be required. Once the settlement has been finalized and fully executed, the parties will file a stipulation of

dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which will result in the complete dismissal of this action.

6. The parties anticipate needing six additional weeks to finalize the terms of the settlement agreement, obtain the necessary signatures, and file the stipulation of dismissal.

7. Accordingly, the parties respectfully request until June 9, 2016 for Ford to file its motion for summary judgment, which will only be necessary in the event the settlement cannot be finalized.

WHEREFORE, for the reasons stated, the parties jointly move the Court for approval and entry of the attached Order.

Dated: April 27, 2016               Respectfully submitted,

*/s/ Adam J. Levitt*
Adam J. Levitt (admitted *Pro Hac Vice*)
**GRANT & EISENHOFER P.A.**
30 North LaSalle Street, Suite 2350
Chicago, Illinois 60602
Telephone: (312) 214-0000
alevitt@gelaw.com

*Co-Lead Counsel for Plaintiffs*

/s/ *Amir Nassihi* (with permission)
Amir Nassihi (SBN: 235936)
**SHOOK, HARDY & BACON L.L.P.**
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone: 415-544-1900
anassihi@shb.com

*Counsel for Defendant*
*Ford Motor Company*

2
JOINT MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. 11-CV-2953-RS