1  Adam J. Levitt (admitted *pro hac vice*)
   John E. Tangren (admitted *pro hac vice*)
2  **GRANT & EISENHOFER P.A.**
   30 North LaSalle Street, Suite 2350
3  Chicago, Illinois 60602
   Telephone: 312-214-0000
4  Facsimile: 312-214-0001
   alevitt@gelaw.com
5  jtangren@gelaw.com

6  Marvin L. Frank (admitted *pro hac vice*)
   **FRANK LLP**
7  275 Madison Avenue, Suite 705
   New York, New York 10016
8  Telephone: 212-682-1853
   Facsimile: 212-682-1892
9  mfrank@frankllp.com

10 *Plaintiffs' Interim Co-Lead Counsel*

11 Amir Nassihi (State Bar No. 235936)
   **SHOOK, HARDY & BACON L.L.P.**
12 One Montgomery, Suite 2700
   San Francisco, California 94104
13 Telephone: (415) 544-1900
   Facsimile: (415) 391-0281
14 anassihi@shb.com

15 John M. Thomas (State Bar No. 266842)
   **DYKEMA GOSSETT PLLC**
16 2723 South State Street, Suite 400
   Ann Arbor, MI 48104
17 Telephone: (734) 214-7660
18 Facsimile: (734) 214-7679
   Jthomas@dykema.com
19
   Eric C. Tew (Admitted *Pro Hac Vice*)
20 **DYKEMA GOSSETT PLLC**
   1300 I Street, N.W. Suite 300 West
21 Washington, D.C. 20005
22 Telephone: 202-906-8600
   Facsimile: 202-906-8669
23 etew@dykema.com

24 *Attorneys for Defendant Ford Motor Company*

25

26

27

28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE FORD TAILGATE LITIGATION | Case No. 11-CV-2953-RS<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL**<br><br>Judge: Hon. Richard Seeborg |

Having considered the parties' Stipulation of Dismissal with Prejudice, and for good cause shown, it is hereby ORDERED:

1. The action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).
2. The parties shall bear their own attorneys' fees and costs.
3. The Court shall retain jurisdiction over this matter to enforce the terms of the parties' settlement agreement.

Dated:  June 13, 2016

_____
Hon. Richard Seeborg
United States District Court Judge